IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: DULCE J. FOSTER | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 26-cr-25 (LMP/DLM) |
| | ) | Date: | January 30, 2026 |
| Georgia Ellyse Fort (8), | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 8E |
| Defendant. | ) | Time Commenced: | 2:03 p.m. |
| | ) | Time Concluded: | 2:16 p.m. |
| | ) | Time in Court: | 13 minutes |

**APPEARANCES:**

Plaintiff: Robert Keenan, Assistant U.S. Attorney
Defendant: Kevin Riach, Isabella Nascimento and Leita Walker
    X Retained

Date Charges Filed: January 29, 2026    Offense: Conspiracy against rights of religious freedom at place of worship; Injure, intimidate, and interfere with exercise of right of religious freedom at place or worship.

    X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


Next appearance date is TBD for:
    X Arraignment

X Government moves to unseal the ENTIRE case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

    *s/ms*
Signature of Courtroom Deputy