AO 442 (Rev. 11/11) Arrest Warrant

F#11916580

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America

v.

Georgia Ellyse Fort (8)

_____
*Defendant*

Case No.  CR 26-25 LMP/DLM

RECEIVED

FEB 0 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**ARREST WARRANT**

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Georgia Ellyse Fort                                      ,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       Superseding Indictment       Information       Superseding Information       Complaint

Probation Violation Petition       Supervised Release Violation Petition       Violation Notice       Order of the Court

Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

SCANNED
LT
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date:  01/29/2026

_____
*Issuing officer's signature*   M. Fogarty

City and state:   Minneapolis, MN

_____
Kate M. Fogarty, Clerk of Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____<br>ARRESTED ON  1/30/2026<br>ARRESTED BY  HSI<br>U.S. MARSHAL<br>DISTRICT OF MINNESOTA<br>BY _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |