**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

               Plaintiff,

v.

[8] Georgia Ellyse Fort,

               Defendant.

Case No. 26-cr-00025-LMP-DLM

**EXHIBITS TO THE MOTIONS TO DISMISS OF DEFENDANT GEORGIA ELLYSE FORT**

**BALLARD SPAHR**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Defendant Georgia Ellyse Fort*

## INDEX

| Exhibit No. | Description |
| --- | --- |
| 1 | Jan. 18, 2026 Don Lemon Livestream Footage |
| 2 | Gov. Bates No. 00000424 |
| 3 | Gov. Bates No. 00000503 |
| 4 | Jan. 18, 2026 Cities Church Broadcast Footage |
| 5 | Gov. Bates No. 00000112 |
| 6 | Gov. Bates No. 00000200 |
| 7 | Gov. Bates No. 00000107 |
| 8 | Jan. 18, 2026 Georgia Fort Livestream Footage |
| 9 | Jan. 18, 2026 Footage Obtained by Milwaukee Journal Sentinel |
| 10 | Gov. Bates No. 00000109 |
| 11 | Gov. Bates No. 00000125 |
| 12 | Gov. Bates No. 00006989 |
| 13 | Gov. Bates No. 00007878 |
| 14 | Gov. Bates No. 00000181 |
| 15 | Gov. Bates No. 00000116 |
| 16 | Gov. Bates No. 00000143 |
| 17 | Gov. Bates No. 00000042 |
| 18 | Laura Coates Live, *Journalists Arrested Over Church Protest; DOJ Releases Millions of Epstein Files; Protester Speaks Out.*, CNN (Jan. 30, 2026) |
| 19 | NewsNation, *Nekima Levy Armstrong says Don Lemon didn't know where he was going | CUOMO*, YouTube (Jan. 31, 2026) |
| 20 | Gov. Bates No. 00000186 |
| 21 | Gov. Bates No. 00000352 |
| 22 | Gov. Bates No. 00001180 |
| 23 | Gov. Bates No. 00010217 |
| 24 | Gov. Bates No. 00001383 |
| 25 | Gov. Bates No. 00001378 |
| 26 | Gov. Bates No. 00000229 |
| 27 | Oct. 27, 2021 Memo from A. Mayorkas re: Guidelines for Enforcement Actions in or Near Protected Areas |
| 28 | Jan. 20, 2025 Memo from B. Huffman re: Enforcement Actions in or Near Protected Areas |
| 29 | John Keough, *Exclusive: Trump DHS Plans Immigration Raids on Churches Over Holidays*, thisweekinworcester.com (Nov. 17, 2025) |
| 30 | Bishop Alberto Rojas, *"It is not of the Gospel" – Bishop Alberto Rojas' message to the Faithful amid immigration raids*, lcbyte.org (June 23, 2025) |

| | |
|---|---|
| 31 | Billal Rahman, *ICE Strikes During Church Service to Arrest Migrant*, Newsweek (Jan. 30, 2025) |
| 32 | *Sacred Ground or Enforcement Zone? ICE Raids Test Church Community in Charlotte*, CBN (Dec. 12, 2025) |
| 33 | Kathleen Murphy, *UPDATE: ICE deported Minnesota church employee, surveilled parish during Mass, mayor says*, EWTN News (Jan. 12, 2026) |
| 34 | Gov. Bates No. 00000933 |
| 35 | Office of the Pardon Attorney, *Clemency Grants by President Donald J. Trump (2025 – Present)*, Department of Justice (last visited Feb. 4, 2026) |
| 36 | Jan. 24, 2025 Memo from Chief of Staff to the Attorney General re: Face Act Charging Policy |
| 37 | Feb. 5, 2025 Memo from the Office of the Attorney General re: Restoring The Integrity And Credibility Of The Department Of Justice |
| 38 | Collection of photographs of protests underlying the *Snyder v. Phelps* case taken by photographers employed by Baltimore Sun |
| 39 | Collection of photographs of protests underlying the *Snyder v. Phelps* case taken by photographers employed by The Associated Press, York Daily Record, and Carroll Cnty. Times |
| 40 | Gov. Bates No. 00011587 |
| 41 | June 30, 2026 Ltr. from Def.'s Counsel to Gov't |
| 42 | July 2, 2026 Ltr. from Def.'s Counsel to Gov't |
| 43 | Gov. Bates No. 00013043 |
| 44 | Excerpt of ECF 125 (pages 21-25) |
| 45 | Gov. Bates No. 00019357 |

Dated:  August 6, 2026

Respectfully submitted,

By:  s/ Isabella Salomão Nascimento

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*