# Exhibit 2




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                          Page 1 of 18

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Forensic Review of ARMSTRONG phone

**REPORTED BY**
T■■■ G■■■
SPECIAL AGENT

**APPROVED BY**
D■■ W■■■
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/10/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D■■■ E■■■■■■■ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D■■■ E■■■■■■■ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D■■■ E■■■■■■ by name. This organized group planned on being agitators at this church service due to DFOD E■■■■■■ employment with ICE.

This Report of Investigation (ROI) will document the Forensic Review of ARMSTRONG phone completed by Homeland Security Investigations (HSI) Special Agent (SA) S■■■■■■ P■■■.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000424



# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION
#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                 Page 2 of 18

## DETAILS OF INVESTIGATION

Between January 31 – February 6, 2026, Homeland Security Investigations (HSI) Special Agent (SA) S▬▬▬▬ P▬▬▬ completed a review of the forensic extraction of a cell phone belonging to Nekima LEVY-ARMSTRONG. Below are the pertinent findings.

**▬▬▬▬▬▬ Tip**

On January 17th, 2026, at 2:16 PM CST, ARMSTRONG received a text message from phone number ▬▬▬▬▬ stating "Hi Nekima: Do with this what you will, but please double check the information and don't mention me if you pass it on. It appears that D▬▬ E▬▬▬▬, the local ICE overseer, is a pastor at a church in St. Paul.

https://www.citieschurch.com/leadership"

Another message from the same number was sent to ARMSTRONG at 2:18 PM CST stating "Photos from an appearance on CSPAN appear to match with what's on the church's page. First thing that pops on Google when I search his name".

ARMSTRONG replies "That is outrageous. Thank you for letting me know. I appreciate you."

In a later message, the sender sends a message stating his email address is ▬▬▬▬▬▬▬▬.

According to law enforcement databases, phone number ▬▬▬▬▬ is associated with ▬▬▬▬▬▬. According to open-source information, ▬▬ ▬▬▬▬ is a ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

**Google Search**

ON January 17th, 2026, at 3:26 PM CST, ARMSTRONG begins to search "D▬▬ E▬▬▬▬▬", "is this the acting field director", "d▬▬ e▬▬▬▬ ice" and "is this the acting field director for ICE" on Google.

On January 17th, 2026 at 6:01 PM CST, ARMSTRONG searched "midway cub". This was the meeting location for the briefing before the group entered Cities Church.

On January 18th, 2026 at 2:27 PM, ARMSTRONG searched "cities church".

On January 21st, 2026 at 7:06 AM CST, ARMSTRONG searched "D▬▬ E▬▬▬▬ resignation"

**ALLEN Video**

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000425




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST

On January 17th, 2026, at 4:04 PM CST, ARMSTRONG received a text message from contact "Chauntyll" with phone number ▮▮▮▮▮▮▮. This message is from Chauntyll ALLEN. The text message contained a video. The video showed the outside and surrounding areas of Cities Church located at 1524 Summit Ave, St. Paul, MN 55105. This is the location of the protest that occurred the following day, January 18th, 2026.

A female voice can be heard narrating the video. The narration is as follows:

"This is summit that we're on, now we're turning down Saratoga, so all of this will probably be full from church parking and stuff and even on this side, but if not, we could probably pull up here. Um…there's a little parking lot in the back, that they could probably pull into, but my thoughts are to be able to clog up this whole alleyway right here. This will probably be full of church parking, but even just pulling in front of these, nobody's gonna bother us here. So, if we pulled up here, nobody will be bothering us. It's all the way down here, so, this is still like the church parking right here, boom. But now we're getting into Laura Jeffrey, they might use that parking. But still, there's this side, there's all along here, all the way down, then there's this parking lot right here that's public parking that you can get too off of Grand. It's just a public parking lot. Where people could just pull in and park at. So, this is Dunn brothers right here, but they're racist so I wouldn't recommend this."

In the video, the passenger appears to be recording and the driver is speaking. The driver is briefly visible and appears to be a black female with braided hair.

During the video, the vehicle is driving around the church, and the speaker is referring to different areas and cross streets near the church. "Laura Jeffrey" refers to Laura Jeffrey Academy located at 1550 Summit Ave. "Dunn Brothers" refers to Dunn Brothers Coffee Company located at 1569 Grand Ave St. Paul MN 55105.

All streets mentioned in the video surround Cities church. S Saratoga St is east of the church, Grand Ave is South of the church, Summit Ave is north of the church.

The conversation following the video reads as follows:

- 4:10 pm ARMSTRONG: "thanks sis. That the church? A big, old building?"
- 4:37 pm ALLEN "Yes"
- 4:42 ARMSTRONG: "ok. Did you figure out where we should meet?"
- 4:51 CULLARS-DOTY: "will they be able to see out the windows if we have to walk around the side?"
- 4:54 ARMSTRONG: "I'm not sure if they can see us from the windows. We'll send allies in at 10:30, as if they are attending the service."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000426



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                    Page 4 of 18

- ALLEN and CULLARS-DOTY both "liked" the last message

This video demonstrates planning of the protest between ALLEN, ARMSTRONG and CULLARS-DOTY.

**ChatGPT flyer creation**

On January 17th, 2026, at 5:01 PM CST ARMSTRONG writes the following message to Chat GPT: ""I need a flyer. Could you please help me create one? Please join the Racial Justice Network, Black Lives Matter, Minnesota & Black Lives Matter Twin Cities for a special #ICEOUT action in honor of Dr. Martin Luther King, Jr. Memorial Weekend.

When: Sunday, January 17th
Where: 10:00 am sharp
Where: Cub Foods parking lot (Midway area, St. Paul)
Who: US
#OperationPullUp""

ChatGPT then generates the poster that ARMSTRONG ultimately uses to promote this event and sends to multiple people inviting them to attend.

▇▇▇▇ ▇▇▇▇▇ **conversation** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

On January 16th, 2026, at 10:32 AM CST, ARMSTRONG receives a text message from contact ▇▇▇▇ with phone number ▇▇▇▇▇▇▇.

According to law enforcement databases, this number is associated with ▇▇▇▇ ▇▇▇ D▇▇▇ DOB ▇▇▇▇. According to open-source information, ▇▇▇▇ works for ▇▇▇▇▇▇▇▇ and is the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

The message states: "Are you available to go on Don Lemon's show tonight at 4pm?"

At 10:33 AM CST, ARMSTRONG replies: "4pm EST or CST? Did you go on already?"

At 10:35 AM CST, ▇▇▇▇ replies: "CST" "I did"

At 10:36 AM CST, ARMSTRONG replies: "Yes. That works.

How did it go? Were you on your cell phone for the interview?"

At 10:36 AM CST, ARMSTRONG "loved" the message from ▇▇▇▇ stating "I did."

At 10:36 AM CST, ARMSTRONG wrote: "Did he ask you to recommend someone?"



| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000427




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                                                     Page 5 of 18

At 10:38 AM CST, ███████ replied: "He did.

I was. Lol. Wish I was seated, but it was impromptu"

At 10:38 AM CST, ARMSTRONG "loved" the above message.

At 10:38 AM CST, ARMSTRONG replied "I'm proud of you" with an arm muscle emoji.

At 10:39 AM CST, ███████ replied with a screenshot of an Apple iPhone contact titled "██████, Don Lemon Executive Producer" with phone number +1 ██████████.

At 10:43 AM CST, ARMSTRONG replied: "Call her at 4?"

At 10:48 AM CST, ██████ replied: "No. I meant shoot her a text now"

At 10:48 AM CST, ARMSTRONG replied, "Ok" and at 10:53, "I just texted her."

At 3:22 PM CST, ██████ "loved" the message from ARMSTRONG, "I just texted her."

At 3:23 PM CST, ██████ replied, "He asked me to join again at 5 with y'all"

At 3:34 PM CST, ARMSTRONG replied, "I didn't get an email from there with a link or anything." Then "liked" the message "He asked me to join again at 5 with y'all." Then ARMSTRONG wrote: "They just texted asking me to hop on at 4:30"

At 3:44 PM CST, ██████ responded, "Yeah, that's all they gave me too.

It goes to stream yard"

At 3:45 PM CST, ARMSTRONG replies, "4:30 or 5:00?"

At 4:15 PM CST, ARMSTRONG sends a screenshot of a Facebook post by Don Lemon in New York, NY. The post states "I've seen enough. I'm heading to Minnesota to report on ICE and bring you the truth *handshake emoji*

I'll be live on YouTube tomorrow, tune in!"

On January 17th, 2026, at 5:22 PM CST, ARMSTRONG sends ██████ the flyer for the Operation PullUp event.

At 5:31 PM CST, ARMSTRONG sends the flyer again with the message, "UPDATED".

At 7:13 PM CST ██████ states: "Don Lemon wants your number. He lands tomorrow at 8am"

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000428



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

At 7:14 PM CST ARMSTRONG responds: "Ok. You can give it to him"

At 7:18 PM CST ARMSTRONG says: "Did you send Don the flyer that I sent you?"

7:19 PM CST ███████ responds: "He will likely be at the Cub Foods protest" and then "He has it!"

At 7:21 PM CST, ARMSTRONG replied, "Next time, don't send it to media, especially national, without checking in. When you see #OperationPullUp on anything. It's meant to be more clandestine. I had already arranged for Georgia to be there because she covered the previous ones we did"

At 7:22 PM CST, ███████ replied, "I didn't. So it must be posted somewhere."

At 7:23 PM CST, ███████ replied, "He had it."

At 7:23 PM CST, ARMSTRONG replied, "Ok cool. I posted it on my Facebook. He must be watching my page."

At 7:25 PM CST, ARMSTRONG replied, "I didn't do a press release to invite media. They have to find out like everyone else once we get to our destination. He texted me so I'm telling him that now." And then, "He can come." (Presumably referring to LEMON attending the event).

**Don Lemon Text conversation**

On January 17th, 2026 at 7:18 PM, ARMSTRONG received a text message from number ███████████ stating, "Hi. Don lemon here. I am flying in and will be there tomorrow morning. Please let me know what's up and what you think would be of interest to the rest of America."

At 7:18 PM, LEMON wrote, "Thank you. Hopefully, I can meet you."

At 7:23 PM CST, ARMSTRONG replied, "Hi Don, We have more of a clandestine action in the morning. I can't reveal what it is until we arrive at our destination."

At 7:26 PM CST, ARMSTRONG wrote, "So if you show up to the first location, we will caravan to the destination without revealing the second location. That is how we do #OperationPullUp actions, which is a little different from normal protests." Following that message, ARMSTRONG sent LEMON a photo of the flyer for Operation PullUp.

At 7:28 PM CST, ARMSTRONG wrote, "I'll ask around about other actions happening tomorrow. Some protesters gather at the Whipple building each day or wherever ICE is on the streets. Let me know if you have any questions and if you plan to be at Cub in the morning at 10."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000429



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At 7:34 PM CST, LEMON replies, "Hey. At a birthday dinner. May I call you a bit later?"

At 7:35 PM CST, ARMSTRONG replies, "I hadn't realized I missed your call. You have the information for tomorrow morning via text. Enjoy the birthday dinner and reach out if you have questions."

At 7:35 PM CST, LEMON replied, "I meant to text. Butt dial"

At 7:35 PM CST, ARMSTRONG replied, "*laughing emoji* Got it!"

On January 18th, 2026 at 2:59 PM CST, ARMSTRONG wrote, "Thank you, Don! We appreciate you being here to share the truth and for covering our action this morning. Your timing was perfect."

At 10:13 PM CST, ARMSTRONG replied with a link to a Fox9 article titled "Department of Justice investigating anti-ICE protest at St. Paul church". This article was posted on January 18th, 2026 at 5:37 PM CST.

At 10:15 PM CST, ARMSTRONG replied, "Yes. I saw this. This is how MAGA tries to control the news cycles. They always put a spin on things to center the foolishness of the Trump Administration. SMDH".

On January 22nd, 2026 at 4:02 AM CST, ARMSTRONG writes, "I will likely be arrested this AM. They already have at least one of the organizers."

At 4:26 AM CST, ARMSTRONG writes, "She is already being released".

At 7:45 AM CST, LEMON replies, "Good morning. Based on what? A criminal complaint?"

At 7:51 AM CST, "ARMSTRONG replies, "They thought she was me. So they tackled her in the hallway and manhandled her."

At 7:52 AM CST, ARMSTRONG writes, "They didn't realize it wasn't me until they brought her to the Whipple Building. They have the hotel surrounded with agents. My lawyers are here now negotiating for me to turn myself in." "I'm the only one with an arrest warrant."

**Tiffany Dunlap Conversation**

On January 18th, 2026 at 11:12 AM, ARMSTRONG gets a text message from ▮▮▮▮▮▮▮ (hereinafter referred to as DUNLAP) stating "One St. Paul squad car outside."

11:21 AM CST DUNLAP: "3 squads"

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

02/11/2026 17:44 EST                                                    Page 8 of 18

11:41 AM CST ARMSTRONG: "Thank you"

11:43 AM CST DUNLAP: "Tiffany Dunlap. Pink sweatsuit.

You're amazing! We are powerful."

12:17 PM CST ARMSTRONG: "Thanks so much, Tiffany!! I truly appreciate you being there today. *heart emoji, praying hands emoji"

On January 19th, 2026 at 6:32 PM, ARMSTRONG writes to DUNLAP: "Hi Tiff,

As a precaution, I wanted to pass along an attorney reference who has a lot of experience degending (sic) cases against the government. His name is J█████ K█████ and his number is █████ ████████. You can call him if you have any questions and let him know I sent you his way." "That being said, in the event that anyone fron (sic) the federal government reaches out or comes to your door, do not answer any questions. Take their business card and let them know that your attorney will get in contact with them. Then, contact me and/or J█████ Ku█████.

Let me know if you have any questions or comments."

**Conversation with Amelia Hansa**

On January 18th, 2026 at 10:41 AM CST, ARMSTRONG receives a message from contact "Amelia Hansa" with phone number ████████. ALLEN is also a member of this group chat. HANSA sends 4 messages to the group chat:

"Folx inside" "2 at door opening to greet people" " 'Do you love god' " "Singing"

These messages appear to be documenting events happening inside Cities Church during the time of the protest.

**Conversation with "T███ B████████**

Starting on January 10th, 2026, ARMSTRONG has ongoing text message conversation with "█████ ████████" with phone number ██████B████.

On January 18th, 2026 at 1:53 PM CST, B██████ writes: "I saw y'all up in that church of the ICE director! What a genius idea. Damani took me out of town for the weekend

Be back tomorrow

I'm so proud

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000431



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/11/2026 17:44 EST                                                                                           Page 9 of 18

Saw your interview  kind of with Don Lemon. Protestors louder than you *laughing emoji*

I'll make the next one!"

At 2:14 PM CST, ARMSTRONG replies, "Thanks so much, Sis!! It was a powerful action. Cheryl, Krista, and Amelia showed up from RJN.

Have a wonderful time this weekend!! I'm glad you were able to get away *heart emoji*. (NOTE: open source information shows that RJN stands for Racial Justice Network)

2:16 PM CST B█████ replies, "I didn't see Cheryl but I saw Krista. I also saw Charlie and his wife. I haven't seen him in a while. I'm so proud of y'all

I have friends reaching out and telling me it's not our fight. I tell them like Dr King:

"Injustice Anywhere is a threat to justice everywhere!

Thank you for your service!"

This conversation seems to refer to other individuals who attended the protest.

**Conversation with Georgia Fort**

Starting January 6th, 2026, ARMSTRONG has ongoing text message conversations with Georgia FORT.

On January 17th, 2026 at 4:18 PM, ARMSTRONG writes: "If we do an action tomorrow morning, are you available to cover it? We are not doing a press release because it is not a typical protest. It's more similar to the #OperationPullUp actions I led after Daunte Wright was killed. Let me know. Thanks"

4:18 PM CST FORT replies, "Yup"

4:18 PM CST ARMSTRONG: "*laughing emojis*"

4:18 PM CST FORT: "I think I came to every operation pull up action"

4:19 PM CST ARMSTRONG: "Ok. I'll circle back. We'll meet up around 10am and then head to the location."

4:19 pm CST FORT: "Ok"

On January 18th, 2026 at 9:51 AM CST FORT: "Me ETA is 10:10 unless you want me to meet you there"

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



9:52 AM CST ARMSTRONG: "That's fine. We'll see you there."

9:52 AM CST FORT: "Ok need addy"

10:39 AM CST FORT: "Meet at back door" "?"

10:39 AM CST ARMSTRONG: "Ok"

**Conversation with "Monique BLM"**

Starting on January 22nd, 2026 at 3:59 AM, ARMSTRONG has a text conversation with "Monique BLM" via the Signal app. This contact is likely Monique CULLARS-DOTY, a Black Lives Matter leader in Minnesota. The conversation reads as follows:

3:59 AM CST Monique: "I'm in the same place. Can the lawyer get me, bring me to your room so I can take my meds?"

4:00 AM CST Monique: "Then I will turn myself in with you"

4:04 AM CST NA (ARMSTRONG): "When, now? Or in a few hours?"

4:23 AM CST NA: "Amelia is picking up Satara now."

4:40 AM CST Monique: "When you turn yourself in" "She is released. That's good news."

4:40 AM CST NA: "Yes, Praise the Lord!!"

4:41 AM CST Monique: "Should we reach out to groups to see if we can get some supporters down here in the morning"

4:22 AM CST NA: "Chauntyll (ALLEN) said she thinks so."

4:42 AM CST Monique: "Id ice can't come in the room ii think it would be a great visual and stay in the room for a bit while the crowd grows"

4:43 AM CST NA "Oh. You are staying at the hotel?"

4:43 AM CST Monique: "Yes" "My cell is about to die"

4:44 AM CST NA "Ok. Are you still on the 5th floor?"

4:44 AM CST Monique: "Yes"

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



4:44 AM CST NA: "Chauntyll said being released from Whipple is better than people seeing us be arrested. What do you think?"

4:45 AM CST Monique: "█████████ can get messages to the rapid response teams I think" "Is that where she went?"

4:45 AM CST NA: "For hotel or Whipple?" "Yes"

4:45 AM CST Monique: "I though Elk River"

4:45 AM CST NA: "They took her to Whipple"

4:45 AM CST Monique: "Both"

4:46 AM CST NA: "We don't really want a crowd seeing us be arrested"

4:47 AM CST Monique: "I think if they are cheering us on in support but I see your point ."

4:48 AM CST Monique: "I think it would be cool to have supporters but need to know urn cell off"

4:49 AM CST NA: "I think Whipple, if we are going to have supporters."

6:09 AM CST NA calls Monique

6:55 AM CST Monique: "Have you heard from J██████ yet?"

6:56 AM CST NA: "Yes. He and Bruce are on the way."

6:57 AM CST Monique: "So what is their ETA?" "Maybe I should meet them in the lobby."

6:57 AM CST NA: "About 45 minutes"

6:58 AM CST Monique: "K. How are you holding up?" "*praying hands emoji*"

6:59 AM CST Monique: "Turning cell off"

6:59 AM CST NA: "Ok"

7:28 AM CST Monique: "Any update?" "Cell at 10 percent"

7:28 AM CST NA: "The lawyers are here."

7:28 AM CST Monique: "In your room?"

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



7:29 AM CST NA: "They are in the lobby calling the head FBI agent."

7:29 AM CST Monique: "Should I go there or to your room? Can you safely open the door?"

7:30 AM CST Monique: "Maybe slip out my room key"

7:31 AM CST Monique: "I'm going to the lobby/ someone is at my door"

7:31 AM CST NA: "Yes. You should go to the lobby" "Both lawyers are there." "Drop by my room."

7:32 AM CST Monique: "No they are at a different room. Don't k ow who"

7:32 AM CST NA: "We'll put your meds outside the door."

7:32 AM CST Monique: "I just need my key now"

7:34 CST NA: "Can you come by my room?" Outgoing call from NA to Monique

**Location Data**

On January 18th, 2026 at 9:34 AM CST, location data from ARMSTRONG's cell phone shows ARMSTRONG was at "Cub", likely referring to Cub Foods, the location of the pre-brief for Operation PullUp.

On January 18th, 2026 at 10:15 AM CST, location data from ARMSTRONG's cell phone shows ARMSTRONG entered destination address 1524 Summit Ave, St. Paul MN 55105. At 10:25 AM CST, the device arrived at the destination, 1524 Summit Ave, the location of Cities Church.

At 11:41 AM CST, the device arrived at 1101 50th Ave N, Minneapolis MN 55430, ARMSTRONG's home.

**William Kelly**

On January 18th, 2026, at 10:47 AM CST, ARMSTRONG receives a text message from ███████ William KELLY stating "Back door??" and ARMSTRONG replies at 10:48 AM CST "Front door". KELLY attended the protest and appeared to be asking ARMSTRONG where he should enter.

**3211 Conversation**

On January 18th, 2026 at 12:48 PM CST, ARMSTRONG sends a message to an unsaved contact with phone number ████████ (hereinafter referred to as ████), "Many of us were together this morning. We did an action in a church in St. Paul." Following that message, ARMSTRONG sends a link to a Facebook post. This post is a video shared by Georgia Fort titled ICE OUT Protest – 1 /18/26 which documents individuals entering Cities Church.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000435




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/11/2026 17:44 EST                                                                Page 13 of 18

At 12:49 PM CST, ARMSTRONG sends a message stating "The ICE Field Director for the St. Paul office is also a Pastor at Cities Church, so we went there and shut down the church service today."

At 12:50 PM CST, ████ replied, "S████ O██?"

At 12:50 PM CST, ARMSTRONG replied, "D███ E██████" and then "E████████".

At 12:52 PM CST, ARMSTRONG sends another message to ████ stating, "Activists: Monique Cullars-Doty, +██████████████

Chauntyll Allen, █████████████████

T███████, M██████, █████████████████" "J███ S████ ████████████████████"

**Trahern Conversation**

On January 18th, 2026, at 2:56 PM ARMSTRONG sends a message stating: "Hey Trahern, thank you for showing up today and for your coverage on the BLM Minnesota page. Are you able to add a caption? Here's suggested language: This morning, BLM Minnesota, BLM Twin Cities and the Racial Justice Network disrupted church service at Cities Church in St. Paul. D███ E█████████ is a Pastor there and is also the Acting Director of the St. Paul Field Office of ICE. #ICEOUT #JusticeForReneeGood #JusticeForKeithPorterJr". This message is sent to Trahern CREWS, an additional subject of this investigation.

**Group Chat stating activities**

On January 18th, 2026, at 3:08 PM CST, ARMSTRONG sent a message to a group chat stating "For those who need context we disrupted church service at Cities Church in St. Paul. D███ E████████ is a Pastor there and serves as the Acting Field Director for the St. Paul ICE office." This message is in reference to the protest that occurred on January 18th, 2026, at Cities Church located in St. Paul, MN.

The members of this group chat are as follows:

- Amelia Hansa ████████████
- C██████ P ███████████
- Krista ████████
- Li████ S█████████████████
- N███████ M███████ ████████1363

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000436



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- N████ C█████ ████████
- T████ ████ J██ ████ ████████
- T███ B████ █████████

**"Jolly" aka R██████ T█████ E████ 04/20/1983 Conversation**

On January 20th, 2026 at 4:50 PM CST, phone number ██████████ sent a message to ARMSTRONG. According to Law Enforcement databases, this phone number is associated with R██████ T█████ E████ aka ████████████████ a social media personality with millions of followers across various social media platforms.

The message from ████ states, "Hey Dr Armstrong!!! Its j████, I think I mistakenly called you Dr W██████, because I have done a lot of work with ██████████████████ W█████. I apologize for that!"

At 4:56 PM CST, ARMSTRONG replies, "No worries!!" "Trust me, I have been called a lost worst by these clowns. *Three laughing emojis*"

At 4:59 PM CST, █████ replies, "Speak on it! These demons say and the everything evil while preaching about a loving god. SMH"

On January 21st, 2026 at 9:49 AM CST, ██████ writes, "Dr. Armstrong, I was just reaching out to let you know amidst all these shenanigans, political theater and white supremacist tactics the government is using against you and the other people are participated in a well thought out, well planned PEACEFUL AND LAEFUL protest – that I got your back. Whatever I can do to help in any way, do NOT hesitate to reach out to me. Thank you so much for being a powerful voice and leader that we need."

At 10:10 AM CST, ARMSTRONG replied, "Thank you so much for your words of encouragement and affirmation. And for standing on the side of truth, justice, and freedom. I so appreciated you and the incredible work that you do in documenting these issues and using your platform for the greater good.

Thank you for being here and shining a light on the truth of what is going on. You are definitely documenting history, in all of its complexities and repetitions.

Please call me Nekima. I hope we can stay in touch."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000437

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                 Page 15 of 18

At 10:13 AM CST, ████████ replies, "Let's most certainly keep in touch, I have my eyes on this ridiculousness they are trying to arrest you guys on. And I will certainly call you Nekima moving forward. I always use the title people rightfully earned until I am told otherwise. Keep up the fight *fist emoji*"

At 10:14 AM CST, ARMSTRONG replies, "Thank you so much! *Fist emoji, praying emoji, heart emoji* We are standing on the right side of history, truth and justice."

At 10:14 AM CST, ████████ replies, "YES WE ARE!! POWER TO THE PEOPLE *4 fire emojis, 3 fist emojis".

On January 22nd, 2026 at 4:07 AM CST, ARMSTRONG writes, "We will likely be arrested this AM. They already have at least one organizer."

At 4:12 AM CST, ████████ replies, "Who did they arrest?"

At 4:13 AM CST, ARMSTRONG replies, "Satara Strong-Allen".

At 4:13 AM CST, ████████ replies, "In the middle of the night?"

At 4:16 AM CST, ARMSTRONG replies, "Yes. We are staying at a hotel. She stepped out of my room to take a bag next door to her room and one or two of them came storning out of the room across the hall. I closed the door and they have not entered. Chauntyll and I are in my room."

At 4:17 AM CST, ████████ replies, "Oh my god, wow. That is strange by itself!! If they have true legal right to arrest you then they wouldn't need to wait until you left the room! This is very very odd behavior!"

At 4:19 AM CST, ARMSTRONG replies, "I agree. Very odd. And for them to treat us like hardened criminals-literally doing a stakeout is insane."

At 4:20 AM CST, ████████ replies, "Cartoonish behavior honestly"

At 4:20 AM CST, ARMSTRONG replies, "Exactly"

At 4:20 AM CST, ████████ replies, "Do you guys need anything?" "I'm over here thinking of a way I can help you but can't."

At 4:21 AM CST, ARMSTRONG replies, "No. We don't need anything."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000438

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



At 4:23 AM CST, ███ replies, "Okay. Smh. This is madness. I'm sorry you guys are going through this but the story will be out immediately upon arrest and the rest of us know you did not wrong. And history of course will prove you right."

At 4:25 AM CST, ARMSTRONG replies, "Satara is being released already!" "Thank you and Amen!!"

At 4:25 AM CST, ███ replies, "Wow! Let me know what she says about what happened and what they said. The public needs to know this shit."

At 4:25 AM CST, ARMSTRONG replies, "Ok. Will do"

At 6:37 AM CST, ███ replies, "Did satara say why they told her they arrested her? And why they released her so fast? And what happened while they had her?"

At 6:58 AM EST, ARMSTRONG replies, "They thought she was me. They manhandled her for that reason." "My name is the only one on the arrest warrant."

At 7:02 AM CST, ███ replied "*mad face emoji". "So they posted up outside your hotel room waiting for you to leave"

At 7:03 AM CST, ARMSTRONG replied, "They were in a room across the hall. As soon Satara opened the door, they ran out and tackled her."

At 7:03 AM CST, ███ replied, "Holy shit." "What is we had a BUNCH OF PEOPLE fill up the hallway to the point that it's confusion so you could escape?"

At 7:04 AM CST, ARMSTRONG replies, "Exactly. I have two lawyers on the way." "I'm not sure how many of them are downstairs or outside."

At 7:05 AM CST, ███ replies, "Good point. Alos, the more I think about it, they going to just keep chasing you. Having the lawyers come in and fight it head on is probably the smarter strategy."

At 7:06 AM CST, ARMSTRONG replies, "Hopefully."

At 7:07 AM CST, ███ replies, "I am sorry you are going through this. This has to be distressing, I'm trying to think of a call to action that can help you. Should I send people to that hotel to protest and stand in solidarity with you?"

At 7:09 AM CST, ARMSTRONG replies, "I'm not sure what the best course of action is at this time."

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                    Page 17 of 18

At 7:10 AM CST, ▮▮▮▮ replies, "I will follow your lead. I would like to report on your current situation at a minimum so that the public is aware of what is happening. Are you okay with that?"

At 7:11 AM CST, ARMSTRONG replies, "One of my lawyers will be here in 5 minutes. I can get his advice then. He is a movement lawyer."

At 7:12 AM CST, ▮▮▮▮ replies, "Yes ma'am. That's a great idea. I will be on standby."

At 7:23 AM CST, ARMSTRONG replies, "Thank you"

At 8:27 AM CST, ▮▮▮▮ replies, "I am hearing they are arresting you"

**Saved photos**

ARMSTRONG has multiple photographs documenting the Cities Church event on her device. These photographs include images from the internet and social media.

On January 17th, 2026 at 3:27 PM CST there are multiple screenshots of E▮▮▮▮▮▮ on the Cities Church website and C-SPAN website.

On January 17th, 2026 at 3:38 PM there is a screenshot of an article from minnpost.com which appears to talk about E▮▮▮▮▮, although the title is not shown. Additionally, there is a screenshot of a Google search showing results from a court case against E▮▮▮▮▮ as well as a Facebook post titled "A judge is barring certain conduct…agents in Minnesota during…" (part of the text is cut off).

On January 17th, 2026 at 4:00 PM CST, ARMSTRONG has a screenshot of a Google search that says "how many D▮▮▮ E▮▮▮▮▮▮ live in St. Paul". There are multiple photographs of Don LEMON and ARMSTRONG at the pre brief event as well as photographs inside the church, although they do not appear to be taken with this device.

ARMSTRONG has multiple screenshots of various news articles involving ICE operations and documenting Operation Metro Surge.

**Notes App**

On January 17th, 2026 at 11:19 PM, ARMSTRONG's device has the following written in the Notes app: "God is in control

D▮▮▮ E▮▮▮▮▮▮▮"

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                 Page 18 of 18

On January 20th, 2026, at 1:25 AM CST, ARMSTRONG's device has an extensive note regarding a Press conference titled, "Protesters Call for Pastor D███ E█████████ to Resign Amis ICE Leadership Conflict and Federal Retaliation".

On January 20th, 2026, at 12:02 PM CST, ARMSTRONG's device has an note stating, "Notice of Press Conference: Protesters Demand Pastor D███ E█████████ Resign Over ICE Leadership Conflict."

On January 20th, 2026, at 11:51 PM CST, ARMSTRONG's device has another note mentioning Pastor D███ E█████████ and DHS Secretary Kristi Noem. It appears to be some type of speech.

On January 22, 2026, at 5:09 AM, ARMSTRONG's device has another note similar to the one above.

ARMSTRONG's device has two other notes on January 22nd, 2026, mentioning ICE and a "statement" from ARMSTRONG.

This data gathered from the forensic extraction of ARMSTRONG's cell phone demonstrates ARMSTRONG's role in planning and executing the protest at Cities Church in St. Paul, MN that occurred on January 18th, 2026.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-137 | 2/10/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000441