# Exhibit 3



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                      Page 1 of 3

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Identification and Review of Amelia HANSA

**SYNOPSIS**

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D███ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D███ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D███ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

This Report of Investigation (ROI) will document the identification and review of Amelia H█████ activity relating to the January 18, 2026 invasion of Cities Church.

**REPORTED BY**

SPECIAL AGENT

**APPROVED BY**
D██ W████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/11/2026

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-158 | 2/11/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000503



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                      Page 2 of 3

## DETAILS OF INVESTIGATION

This Report of Investigation (ROI) was written by Federal Bureau of Investigations (FBI) Special Agent (SA) J██████ C█████████, and later turned over to Homeland Security Investigations (HSI) case agent SA T████████████ for submission.

HSI received information from the St. Paul Police Department (SPPD) regarding the identities of potential suspects who were seen inside of Cities Church on January 18, 2026. One of the individuals was Amelia Cristin HANSA.

FBI SA J██████ C█████████ began reviewing various video footage of the protest inside the Cities Church St. Paul MN on February 8 2026

(SA) J██████ C█████████ began reviewing video footage from Don Live on the Scene – Also Known As the pre-brief.

In a video file labeled "LEMON – Pre-Brief YT Clip – 01-18-26" SA C█████████ observed HANSA taking part in the Cities Church pre-brief at various points listed below:

3 min 10 seconds DON LIVE ON THE SCENE: Live from Minneapolis HANSA at pre brief.

6 min 29 seconds DON LIVE ON THE SCNEN organizers outline the plan on how to drive the route to venue. "gets thru the lights."

6 min 33 seconds DON LIVE ON THE SCNEN organizers outline the plan and ensure everyone has the address, to the church.

6 min 41 seconds DON LIVE ON THE SCENE organizers outline the plan on not wearing activist clothing in the church to avoid detection.

7 min 9 seconds DON LIVE ON THE SCENE organizers outline that individuals who are wearing activist clothing come in with the second wave.

8 min 6 seconds DON LIVE ON THE SCENE HANSA as the protesters have just been briefed on the plan.

DON LEMON LIVE HANSA as the protesters leave the pre-brief venue.

(SA) J██████ C█████████ began reviewing video footage labeled video file labeled "Cities Church Video"

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-158 | 2/11/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000504

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



24 minutes 34 seconds Sermon begins as the pastor opens his Bible and announces a reading from the Book of John.

24 minutes 43 seconds Pastor addresses someone speaking out of the camera view and within seconds Pastor says, "you're interfering with our worship."  Numerous parishioners can be seen turning to see the interfering individual.

25 minutes 43 seconds A family can be seen picking up children and fleeing the Church

26 minutes 0 seconds HANSA first appears on Cities Church video (red square).

26 minutes 24 seconds HANSA begins to chant "hands up don't shoot" and raises her hand.

27 minutes 48 seconds HANSA engages with a partitioner.

27 minutes 57 seconds HANSA is in the foreground, and an upset partitioner is being consoled.

28 minutes 15 seconds HANSA is in front of a camera, children being escorted out.

29 minutes 01 seconds HANSA begins a "hands up don't shoot" chant

30 minutes 03 seconds HANSA raises fist, sermon has been completely stopped.

32 minutes 11 seconds HANSA still chanting.

42 minutes 27 seconds HANSA appears in background as parishioners leave.

45 minutes 43 seconds HANSA and others still present in the middle of the church and parishioners are mostly gone, no service occurred.

48 minutes 10 seconds H████ and protesters leave.

Dawokefarmer Clip. Ban block (1).mp4

8 min 8 sec Georgia Fort ICE OUT

11 min 2 sec ICE OUT Protest Gerogia Fort Pastor "Our church has gathered for worship and we asked the protesters to leave and they obviously have not… its shameful to interrupt a public gathering of Christians in Worship."

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-158 | 2/11/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.