# Exhibit 5




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                       Page 1 of 4

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of K███ K████

**REPORTED BY**
T████ G█████
SPECIAL AGENT

**APPROVED BY**
D███ W███
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/25/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D████ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

This Report of Investigation (ROI) documents the January 19, 2026, interview of K████ K████.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-033 | 1/25/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                                    Page 2 of 4

## DETAILS OF INVESTIGATION

On or about January 19, 2026, at approximately 2053 Homeland Security Investigations (HSI) Special Agent (SA) P█████ G█████ and Federal Bureau of Investigation (FBI) SA D███ P█████ interviewed K███ K█████ at his residence located at ████████████████████████████████ ██████ regarding the incident that took place at Cities Church on January 18, 2026.

The following is a synopsis of statements made by K███ K█████ to SA's G█████ and P█████, and later turned over to HSI case agent T██████ G█████.

K███ K█████ (DOB █████████ has been a member of Cities Church since 2015. K███ K█████ stated he got to Cities Church on or about January 18, 2026, at approximately 1020 with his wife B████ K█████ and their children ████████████████████████████

K███ K█████ and his family sat by the second row behind Lead Pastor, J██████ P█████. As the sermon started, K███ K█████ noticed people shuffling around in the back church and recalled Pastor J██████ P█████ inviting them to take a seat. Shortly after, K███ K█████ recalled an African American woman with dreads to his left side scream "EXCUSE ME PASTOR, EXCUSE ME PASTOR, do you know you're harboring ICE Agent D███ E████████?"

Suddenly, there were protesters everywhere in the aisles chanting "D███ E████████ Out!" K███ K█████ thought to himself that this is what it would feel like to be in a mass shooting. K███ K█████ described the events as surreal and could not believe what was happening.

K███ K█████ stood up and wanted to make sure no one got hurt. His wife, B████ K█████ and M████ P████, wife of J██████ P█████ took their kids to a secure room by the bell tower. M███ K███████, an off-duty ███████████ Police Officer told K███ K█████ that the childcare rooms were locked with the kids secured in them.

K███ K█████ described his surroundings during the incident and recalled seeing people shouting, children crying, people running, people singing and people praying.

K███ K█████ recalled J██████ P█████ stating to the protestors "Shame on you, this is a house of god".

Shortly after, K███ K█████ stated a man he later identified as William KELLY started screaming in the face of J██████ P█████. K███ K█████ stated William KELLY would scream "Nazi" to peoples face and felt as though he wanted to start trouble.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-033 | 1/25/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000113




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

William KELLY is tall bushy, brown bearded man who was wearing a black hoodie with the word "fascism" on it.

K███ K██████ was not sure what else could happen and was scared somebody there might have a weapon. K███ K██████ stated he thought someone might try to shoot J███████ P██████.

K███ K██████ recalled a lot of people getting in the face of J███████ P██████ to include an individual K███ K██████ later identified as Don LEMON.

K███ K██████ stated he was concerned for his kids and the aggression of the protesters made him nervous. K███ K██████ recalls someone, possibly William KELLY screaming to the kids "do you know your parents are nazis, they're going to burn in hell".

K███ K██████ was scared that they were not going to let people leave and that they were going to harm the P██████ family for "harboring" E█████████.

K███ K██████ was told by M██████ P██████ that aggressive protesters followed them out, surrounded the car and would not let them leave.

K███ K██████ believes it was the protesters' intent to stop the service as they chanted "who shut this down, we shut this down".

K███ K██████ stated the side exits were obstructed by protesters due to their presence and actions.

Eventually, K███ K██████ tried to make a wall behind the protesters and lead out all the kids out of the church.

K███ K██████ stated █████████ ██████ █████████████████ and was afraid people would try to come to their house at night.

K███ K██████ stated he felt like he was unable to freely express his rights during the incident and that he is scared they will be coming back.

K███ K██████ stated a lot of fellow members don't want to go back without significant police presence and think plenty of people will not come back. K███ K██████ said his kids were extremely scared and thought the protesters had guns. K███ K██████ daughter said to him "Daddy, I thought you were going to die". K███ K██████ stated his daughter is traumatized and wants to keep talking about what happened.

The interview concluded at approximately 2205.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-033 | 1/25/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000114



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Invasion of Cities Church | MS05F226MS0003-033 | 1/25/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.