# Exhibit 6

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                 Page 1 of 2

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of J█████ P████ (Follow-up 3)

**REPORTED BY**
T███████
SPECIAL AGENT

**APPROVED BY**
D██ W████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/27/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E█████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E█████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D████ E█████████ by name. This organized group planned on being agitators at this church service due to DFOD E█████████ employment with ICE.

This Report of Investigation will document the January 20, 2026 interview of J███████ P█████.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-062 | 1/27/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000200



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                          Page 2 of 2

## DETAILS OF INVESTIGATION

On January 20, 2026, at approximately 1145 hours, Immigration Customs Enforcement (ICE) Office of Professional Responsibility (OPR) Senior Special Agents (SSAs) conducted a telephonic interview with Pastor J█████ P█████.  Those present in the interview were J█████ P█████, ICE OPR SSA J████ R██, ICE OPR SSA B████ A███████, and Counsel to the Assistant Attorney General, Civil Rights Division, Department of Justice, O█████ S████

This following is a summary of statements made by P█████ to SSA's R██ A███████, and DOJ Attorney S████, which were later turned over to HSI case agent T███████████.

Cities Church is a non-profit organization with one hundred percent of their funding supported by generous donations, tithes, from parishioners. Recently, there have been donations received from people outside of Cities Church.  Cities Church uses the platform "Church Center Planning Center" to receive donations.

[Agent's note: Church Center Planning Center is software specifically designed for churches to help the church manage their operations, communicate with their teams, and connect with their congregation.]

Cities Church has a link on its website that allows people to remotely watch their Sunday service via a live stream from all over, not just in Minnesota. The website also has a donation link as well.

Current operating budget is estimated to be 1.4 million dollars. Some of those donations come from donors outside of the state of Minnesota.  Cities Church does not preclude or restrict donations from people outside of the state, or the United States.  The budget allocations include, but not limited to, salaries for the worship team, supplies, other ministries (children's ministry), missionaries in other countries, church planting (six total church plants), and Sunday worship.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-062 | 1/27/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000201