# Exhibit 7




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST

Page 1 of 2

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Service and Response of a Homeland Security Subpoena Served on Cities Church

**REPORTED BY**
T███ G███
SPECIAL AGENT

**APPROVED BY**
D██ W███
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/25/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D████ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

The following report of investigation documents the service and response of a Homeland Security Subpoena served on January 19, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-031 | 1/25/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000107



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On January 19, 2026, Special Agents (SA'S) from Homeland Security Investigations (HSI) served a Homeland Security Subpoena to Cities Church.  The subpoena requested any and all video security footage for 1524 Summit Ave, St Paul, MN 55105 ("Cities Church") from 0700 hours to 1500 hours on January 18, 2026.

On January 19, 2026, HSI and Federal Bureau of Investigation (FBI) SA's received camera footage from Cities Church via USB storage drive.  The USB was promptly turned over to HSI case agent T██████ G██████

Review of Cities Church Broadcast Footage & Related Videos:

Broadcast video obtained from Cities church shows ARMSTRONG, ALLEN, LEMON, RICHARDSON, KELLY, FORT, LUNDY, CREWS chanting with agitators and obstructing parishioners' path of travel.

Cities Church broadcast video confirmed FORT was present at the protest.  A review of open-source social media videos showed FORT live-streaming the protest, in addition to interviewing ARMSTRONG and victim 7.  FORT, LEMON, RICHARDSON, and other agitators were later seen intimidating and obstructing the pastor's freedom of movement, as noted above.

Cities Church broadcast also showed TRAHERN JEEN CREWS ("CREWS") present at the protest, recording with his phone, chanting with the agitators, and obstructing parishioners' freedom of movement.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-031 | 1/25/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000108