# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

PLACEHOLDER FOR
EXHIBIT 9 TO DEFENDANT'S MOTIONS TO
DISMISS

UNITED STATES OF AMERICA

Plaintiff(s)

v.                                          Case Number: 26-cr-00025-LMP-DLM

GEORGIA FORT

Defendant(s)

This document is a Placeholder for the following item(s) which are filed in
conventional or physical form with the Clerk's Office.

**DO NOT USE THIS PLACEHOLDER TO FILE A SEALED DOCUMENT.
FOR SEALED DOCUMENTS, SEE LOCAL RULE 5.6.**

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (The document number of the order granting leave to file a voluminous
document conventionally is required): *Enter Doc. #*

☐ Physical Object (description): *Enter Description*

☒ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: <u>Video File
of Jan. 18, 2026 Footage Obtained by Milwaukee Journal Sentinel</u>

☐ Other (description): *Enter Description*

File this Placeholder in ECF in place of the item filed conventionally. File a copy of this Placeholder and
a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Form Updated 02/02/2017