# Exhibit 10



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

02/11/2026 17:44 EST                                                           Page 1 of 3

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of K█ W███

**SYNOPSIS**

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D███ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D███ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D███ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

This Report of Investigation (ROI) documents the January 21, 2026 interview of K███ W█████.

**REPORTED BY**

T██████
SPECIAL AGENT

**APPROVED BY**

D██ W███
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/25/2026

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-032 | 1/25/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST

## DETAILS OF INVESTIGATION

On January 21, 2026, Homeland Security Investigations (HSI) Special Agents (S/A) B███ T███ and J███ M█████ interviewed K██ W█████ (W█████) (Telephone # ████████████) at ████████████████████████████████████████████████ K██ had been contacted telephonically prior to the interview to set up the meeting.

The following is a summary of statements, not verbatim, W█████ made to SA's T█████ and M█████, which were later provided to HSI case agent T█████ █████:

W█████ was 34 years old and had been a member of Cities Church for six years. W█████ attended Cities Church on January 18, 2026. W█████ believed in the Gospel and went to church every week. W████, her husband and their three children arrived for church on January 18 ,2026 at 9:15am. W████ and her husband had volunteered to serve coffee for the 10:30am service. W████ did not see any protestors when arriving at church. W█████ had left the service prior to the protest beginning in order to feed her newborn baby. W████ was in the nursing room when she heard the pastor J███████ P██████ (J██ saying "Shame on you". W█████ knew that wasn't the way the pastor J███ spoke to the congregation. W█████ left the nursing room and went back to the church to find her husband. As the protest became larger, W█████ stood with her husband in their pew row.

W█████ had noticed new people entering the church prior to the 10:30am service starting that eventually became known to be protestors. As the protest got larger, W██████ husband drove her home. W█████ estimated to be in the church for maybe 20-25 minutes before the protest started. W█████ had heard the protestors chanting "Ice Out". W██████ knew that pastor J██ had been attempting to speak with the protestors.

W█████ discussed the new people at the church that were seen prior to the service starting. They were African American men and had not been seen at the church before. W█████ believed them to be a family and the three men had sat close to the W████. There had also been a woman protestor near the W████ before the service started. W█████ had not seen Don Lemon.

W█████ had exited the church via a downstairs exit and was driven home by her husband. W████ remained at home for the remainder of the day. W█████ did not fear being injured and had not heard any threats. W█████ had sat next to L██ O█████ (O█████). A white male with a big beard had been screaming at O█████. Big beard had been up in O█████ face.

W█████ was asked if she felt she was able to freely exercise her religious rights at church on January 18, 2026. W█████ answered no, that she didn't feel that she was able to exercise her

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-032 | 1/25/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000110




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST

religious rights at the service because they were interrupted by the protestors.  Big beard was described as a white male, with a long beard.  Big beard had been screaming in ▉▉▉▉▉▉ face.  W▉▉▉▉ was show a photo of William Kelly and identified Kelly as the big beard man.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Invasion of Cities Church | MS05F226MS0003-032 | 1/25/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.