# Exhibit 11




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST | Page 1 of 5

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of B____ W____

**REPORTED BY**

T_____
SPECIAL AGENT

**APPROVED BY**

D__ W____
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/26/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D____ E_____ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D____ E_____ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D____ E_____ by name. This organized group planned on being agitators at this church service due to DFOD E_____ employment with ICE.

This Report of Investigation (ROI) will document the January 21, 2026 interview of B____ W____.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-037 | 1/26/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000125



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On January 21, 2026, at approximately 4:44 PM CST, Homeland Security Investigations (HSI) Special Agent (SA) J█ M█ and HSI SA B█ T█ interviewed B█ W█ at his residence, ███████████████████████████████ Prior to the interview of W█, SA M█ and SA T█ interviewed W█ wife, C█. SA M█ had scheduled the interviews earlier in the day by calling C█ (████).

The following is a summary of statements W█ made to SA M█ and T█, and later forwarded to HSI case agent T█ █.

After identifying themselves and displaying credentials, W█ provided the following information to agents.

W█ stated he is 34 years old.

W█ stated he attended the 10:30 AM service at Cities Church ████████████████████ ██ on January 18, 2026. W█ stated he attended service on January 18, 2026, with his wife, C█, their ██-█-old son, ████, █-█-old son, ███, and ████████-old son, ████.

W█ stated he will have attended Cities Church for six years in March.

W█ stated when he first moved to Minnesota, he was referred to Cities Church on the recommendation of Bethlehem Baptist Church, and he and C█ became members in September 2020.

W█ stated he attended service at Cities Church on January 18, 2026, because he and his family go every Sunday. W█ stated they had a ████████ for 10 days, and it was their first Sunday back. W█ stated they were on coffee duty. W█ stated coffee duty for second service arrives during the first service.

W█ stated he didn't enter until approximately 10:30 AM when service started.

W█ stated they always sit in the upper right section, five or six rows from the front row.

W█ stated they were targeting a 9:15 AM arrival and probably arrived at approximately 9:20 AM.

W█ stated he saw a group of three or four coming through the "link" doors. W█ stated they were new faces that he didn't recognize. W█ stated he thought maybe they were visitors.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-037 | 1/26/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000126




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                                                     Page 3 of 5

W█████ stated this group weren't actively protesting when they arrived but participated in the protest when it started.

W█████ stated at approximately the 25 or 30-minute mark, the protest started.

W█████ stated when Pastor J█████ P█████ started, the protest started. W█████ stated that about one minute in, a woman behind him started shouting.

W█████ stated he didn't see her because she was behind him and by the time he turned around, a group of voices had joined in.

W█████ stated he thought the protesters were there to protest member D████ E█████ because of his employment with U.S. Immigration and Customs Enforcement.

W█████ stated he did not know E█████ well. W█████ stated he shadowed E█████ on a visit to Emmanuel Christian Center around three years ago to observe its security measures but ended up not adopting any for Cities Church because they didn't think they correlated to Cities Church.

W█████ stated he didn't hear the protesters use E█████ name but did hear the protesters use words such as Renee Goode, Whipple, and ICE.

W█████ stated he stayed for about five minutes before he decided to take his family home.

W█████ stated C█████ decided not to nurse D█████ because she could hear Pastor J█████ P█████ saying, Shame on you. W█████ stated C█████ didn't think it was Pastor J█████ P█████ addressing the members of the church.

W█████ stated within about the first five minutes of the protest, he called 9-1-1. W█████ stated he told the 9-1-1 dispatcher he is a member of Cities Church and there was a protest inside. W█████ stated the 9-1-1 dispatcher asked if anyone was injured or if he observed any weapons.

W█████ stated around this time, the scene appeared to be descending into chaos and C█████ came back in. W█████ stated he explained to C█████ that they were ICE protesters.

W█████ stated 9-1-1 called back, and he took the call outside because he couldn't hear above the noise from the protest in the church. W█████ stated he came back in to get his family and took his family out through the back door. W█████ stated this was a non-standard exit for him and his family that he decided to use for safety purposes. W█████ stated he realized the service was over and wouldn't be restarted, and for safety purposes.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-037 | 1/26/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000127



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



W⬛⬛ stated he left church with his family, came straight home, and went back to the church armed. W⬛⬛ stated he decided to carry a weapon to have as a defensive tool. W⬛⬛ stated he was home for approximately 10 minutes before going back. W⬛⬛ stated when he went back, most protesters were gathered in a fire lane. W⬛⬛ stated there were protesters gathered around ⬛⬛ J⬛⬛ P⬛⬛ van with his wife, M⬛⬛, children, and an elderly woman W⬛⬛ thinks could be P⬛⬛ mother-in-law inside. W⬛⬛ stated P⬛⬛ wife was visibly very distraught.

W⬛⬛ stated he observed Don Lemon and a black male with braids that could have been his private security. W⬛⬛ stated he has since seen a video where this male subject checks the door and Don Lemon said the protest has started, let's go in.

W⬛⬛ stated there was a man with a beard he thinks is William KELLY calling them bad Christians, and saying Jesus would have been on his side. W⬛⬛ identified KELLY from a photo of KELLY he was shown.

W⬛⬛ stated he didn't have any interaction with protesters inside the building.

W⬛⬛ stated he didn't have any fear of being injured during the protest. W⬛⬛ stated it didn't seem like the protesters were going to try anything violent when he went back and most were already outside. W⬛⬛ stated he observed St. Paul police parked on the shoulder of Summit Ave. W⬛⬛ stated the police were not engaging the protesters.

W⬛⬛ stated he heard no threats for him or anyone else.

W⬛⬛ stated he did not feel he was able to exercise his religious rights.

W⬛⬛ stated he was able to exit the route he chose unimpeded, but if he wanted to exit some alternate routes, he would not have been able to.

W⬛⬛ stated over an hour after the protest started, many families were in the chapel.

W⬛⬛ stated KELLY was yelling not expecting an answer in his face.

W⬛⬛ stated another man said something to him that was muffled. W⬛⬛ did not recognize this man.

W⬛⬛ stated he saw E⬛⬛ J⬛⬛. W⬛⬛ stated he didn't know if J⬛⬛ was armed at the time, but he didn't see anyone else he knew in attendance that is sometimes armed.

W⬛⬛ stated he has access to the building if photos or a walk-through are needed or requested.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-037 | 1/26/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000128




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                          Page 5 of 5

W██████ provided the names of D████ R██████, S███ R██████, and their oldest son, ██████████. W███ stated ████ was crying. W██████ provided the following contact information, █████████████, █████████████████████████████████.

W██████ stated D████ R██████ was operating the sound board and turned the post-service music up to drown out the noise from the protesters.

W██████ stated he left for home after deciding there was no reason for him to stay, maybe between 12:30 PM and 1 PM. W█████ stated he left C██████ bag behind for safety reasons. W██████ stated he didn't know her phone was inside.

W██████ stated he returned to Cities Church around 3 PM to clean up coffee. W█████ stated he saw P██████, J██ B████ K███ K██████, and 2 St. Paul police officers at the time.

W██████ stated K██████ was with P█████ during most of the protest.

W██████ provided the following names of other members of the church that were present during the protest.

T███ K██████

M██ K████████ (sp.?)

B█████ O████████(█████████████)

E██ O████████

L████ O██████

I██ P████████ (sp.?)

M██ S████████ (sp.?)

S██████ S████████

The interview concluded at approximately 6:11 PM CST.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-037 | 1/26/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.