# Exhibit 16



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST

Page 1 of 4

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of M███ K████████

**REPORTED BY**

T████ G██████
SPECIAL AGENT

**APPROVED BY**
D███ W████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/26/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D████ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

This Report of Investigation documents the January 22, 2026 interview of M████ K████████.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|:---:|:---:|:---:|
| Invasion of Cities Church | MS05F226MS0003-043 | 1/26/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000143



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                 Page 2 of 4

## DETAILS OF INVESTIGATION

On January 22, 2026, at approximately 10:05 a.m., Homeland Security Investigations (HSI) Special Agents (SAs) G█████ W██████████, K█████ S██████ and A█████████ C█████████ interviewed M████ K█████████ at the St. Paul Police Department, West District, 389 Hamline Ave. North, St. Paul, MN, regarding an incident that occurred at Cities Church, 1524 Summit Ave., St. Paul, MN 55105, on January 18, 2026.

The following is a summary of statements K█████████ made to SA's W██████████, S██████, and C█████████ which were later forwarded to HSI case agent T██████ G█████

Phone: █████████████

On January 18, 2026, Mr. K█████████ attended the 10:30 a.m. worship services at the Cities Church. Mr. K█████████ has been a member of Cities Church community for approximately seven (7) years and is currently organizing a security team for the church due to recent violence against other churches. This was the first Sunday that the church began having two services on Sunday, the first scheduled service was at 8:30 a.m. that day.

At approximately 8:45 a.m., Mr. K█████████ received a call from P█████ M█████████ informing Mr. K█████████ that six (6) to eight (8) people, unfamiliar and unknown to █████████, went to the 8:30 a.m. service that day. █████████ told Mr. K█████████ that he spoke to some of them and they told him that they were part of a neighborhood watch group but did not provide much information. The people took photos of the church and congregation members. The people stayed for approximately 15 to 20 minutes into the first church service before they left.

Mr. K█████████ was aware that some information was leaked that Pastor D████ E████████ worked for ICE.

Mr. K█████████ arrived at the church at approximately 10:15 a.m. with his wife and three (3) sons █████████████████████████) for the 10:30 a.m. service. Mr. K█████████ met with █████████ and two (2) other members of the church's security team. █████████ P████ explained what happened earlier and showed Mr. K█████████ some photos that were taken during the earlier service. As they were meeting, at approximately 10:20 a.m., Mr. K█████████ observed some people unfamiliar to him and the others enter the church in a small group. Mr. K█████████ observed additional small groups of unfamiliar people enter the church via other doors, among other congregation members who were arriving for the service. Mr. K█████████ tried to engage approximately six (6) to eight (8) of the unfamiliar people in conversation to welcome them and attempt to gather information regarding the reason for their presence. None provided any information and ignored most of Mr. K█████████ questions. Most of the unfamiliar people were seated towards the front entrance of

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-043 | 1/26/2026 |

### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/11/2026 17:44 EST

the church, which is the back of the congregation; others were seated in different areas of the congregation.

Approximately 15 minutes into the service, during Pastor J███████ sermon, the groups of unfamiliar people stood up. Mr. K████████ observed a black female with "dreads," wearing all black and on the left side of the congregation appear to be leading the group; the others followed her down the aisle as they were yelling. That female confronted Pastor J█████ and began yelling at him. Other members of the group stood up near different entrances and they all moved to the middle where they congregated and yelled things about ICE, Pastor D███ and justice for Renee Good. Mr. K███████ asked one of the security members to call 9-1-1, which he did. Mr. K███████ attempted to talk to one of the protestors, a white female with glasses, brunette hair, heavier-set and wearing a red jacket, telling her that the church was "not the place for this" and that there were children there. Mr. K████████ asked her/the protestors to go outside to protest. The female did not respond to Mr. K████████ and appeared to be a follower and not one of the leaders of the protest. Mr. K███████ estimated the number of protestors to be 30 to 40. Mr. K███████ walked to the front and observed a white male, approximately 6'4" to 6'5" tall, in his 40s and wearing a shirt that read, "Fuck Trump, Fuck Fascism" and a hat that read "Fuck Trump" standing very close to the Pastor yelling and pointing his finger at him. That male also appeared to be one of the leaders of the protestors and was the male in video shown on the news. Mr. K███████ and another church member told the male he had to leave but the male became more agitated and continued yelling at the pastor. Mr. K██████ grabbed the male and tried to walk him away, fearing that there was going to be a physical altercation. Mr. K███████ texted other security members informing them that the male was one of the main agitators and to keep an eye on him. Mr. K████████ also told them to stay hands off and to monitor the situation while they waited for St. Paul Police to arrive. Mr. K██████ was not focused on his personal safety but was concerned for the safety of his family and other members of the congregation, specifically the children. Mr. K████████ was aware of vague threats made by protestors to other church members daring them to put their hands on them in a manner that Mr. K███████ understood to be an attempt to provoke a physical altercation. Mr. K███████ saw children hiding under chairs and crying; grown men crying; people hugging their kids in fear; and mothers showing fear in their eyes not knowing or understanding what was happening. Based on Mr. K███████ observations, he believed that the church members had a very traumatic experience. During the protest, Mr. K███████ told the Pastor that they needed to evacuate the building and recalled seeing the Pastor's wife, another Pastor's wife and 15 to 20 children in the room off to the side of the Church Pulpit. The children were hiding and crying with fear in their eyes and at one point, Mr. K███████ heard one child say that they were going to kill "mommy and daddy" and that "they think we are Nazis" (or words to that effect). Other children were hiding in the attic above that room. Mr. K██████ and others were eventually able to escort them out to their cars. Mr. K███████ observed that some people were able to leave the church but others had to be assisted or

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-043 | 1/26/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000145



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

02/11/2026 17:44 EST

escorted out of the church because of the protestors being close to the doors and intimidating the church members.  Some parents were unable to get to their children who were in the church's daycare.  Mr. K█████████ wife and children were able to leave the church.  Mr. K████████ saw Don Lemon with the protestors but didn't pay much attention to him.

Mr. K████████ estimated the protest lasted approximately 40 minutes and that it felt like long time.  Mr. K████████ stated that they called the St. Paul Police many times but no officers entered the church.  Mr. K████████ stated that the police officers remained outside during the protest and that only three (3) police officers responded.

The protestors only departed after the church had been evacuated, leaving nobody inside.  Mr. K████████ stated that the protestors remained outside the front of church for approximately 15 to 20 minutes before they left the area.  Mr. K████████ had no contact with the three (3) police officers until he went outside and met with them.  One of the officers entered the church after the protestors departed.

Since the incident, Mr. K████████ has received calls from other church members asking if it was safe to attend services.  Pastor J███████ also told Mr. K████████ that they were going to provide counseling for the families.  Mr. K████████ did not take any photos or video during the protest but stated that the church has live stream cameras and can arrange to make the video recording available.  Mr. K████████ also allowed SA W█████████ to photograph text messages he exchanged with the other church security members during the incident.

Mr. K████████ does not feel as though he was free to exercise his religious rights that day and had to speak to his five-year-old son who had questions as to why the people were angry and explain who Nazis were.  Mr. K████████ stated that church services are scheduled to go forward, that they are putting a security plan in place and are trying to coordinate security measures with the St. Paul Police Department.

The interview concluded at 10:28 a.m.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-043 | 1/26/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000146