# Exhibit 17





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                                                     Page 1 of 5

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of B███ K████

**SYNOPSIS**

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D███ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D███ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D███ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

This Report of Investigation (ROI) documents the January 19, 2026, interview of B███ K████.

**REPORTED BY**

T████ G████
SPECIAL AGENT

**APPROVED BY**

D███ W████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/23/2026

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000042





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                      Page 2 of 5

## DETAILS OF INVESTIGATION

On January 19, 2026, Homeland Security Investigations (HSI) Special Agent (S/A) B████ T█████, alongside of Federal Bureau of Investigations (FBI) S/A C██████ M██████ and Department of Justice (DOJ) Attorney L█████ R██ interviewed B███ K█████ (B████) at ███████████████████████████████ The Special Agents and Attorney had spoken with B████ telephonically earlier in the evening and setup the meeting.

The following is a non-verbatim synopsis of the interview provided by SA M█████ and DOJ Attorney R██ to SA G████. This is not a complete transcript of the interview. In sum and substance, B████ stated the following:

Was 36 years old and had attended Cities Church since its founding just about 11 years earlier. B████ loved being at the church and felt it was a gift to their family. B████ had raised her family at Cities Church. On January 18, 2026, Cities Church was for the first time hosting two services on a Sunday and B████ and her family were for the first time going to the 10:30am service. B████ and her family go every week to Cities Church to worship Jesus. B████ family of six arrived at the church at 10:15.

There was nothing out of place when B████ arrived at the church. It seemed like a standard Sunday. It was a new service so there could have been other people there. The church was hoping to have other guests. B████ did not notice anything out of the ordinary. B████ children stayed with her and her husband for the service and did not attend Sunday School. B██████ family sat behind the P███████, which is where they usually sat. B██████ row had all of the two family's boys in her row, with B██████ daughter in the row in front of her.

Church started totally normal. J███████ P██████ (J███) was giving the sermon that day. The service had been ongoing for about 30 minutes. J███ had gotten up to the front of the church and was beginning to preach when he began speaking to people in the church saying there were plenty of seats. J███ continued to speak to individuals regarding there being open seats in the church to sit in. J███ was then interrupted by a woman who had a beautiful, powerful voice of authority began saying "Excuse me pastor, excuse me pastor." B█████ thought the women was looking for a seat. B████ thought it was strange. The women then went into talking about did the congregation know that they were harboring an ICE Agent in their midst who is a pastor.

In that moment B████ recalled seeing A████ E████████ on the staircase before the service and knew A████ was in the service. B████ was aware that D████ E████████, A████ husband, was not at the service. The E████████ family sits in the alcove by the door and have sat there every Sunday forever. B████ knew that's thankfully where A████ would be with her kids. When B████ heard that they were harboring D████ E████████, B████ left her family and all of her own

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-016 | 1/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



kids and went to A█████. A█████ was met going out the side door of the church with one of her daughters. A█████ slipped and fell on the ice. B█████ began running and wiped out and fell on the ice on her elbow. B████ asked where the rest of A██████ children were. A█████ believed the other kids were downstairs in the church. B████ told A█████ to just go. B████ re-entered the church and heard chanting of "Justice for Renee Good" and "Hands Up Don't Shoot." B████ just wanted to go and get A██████ children. B████ was not feeling at risk personally at that moment. B████ was very concerned for A█████ and A███████ children.

B████ ran into T████K████ when looking for A██████ kids and asked for assistance. A█████ has since spoken to T████ and was told she was unintelligible at that time. B█████ went downstairs and got the E████████ kids. A█████ was outside of the church in an alley way. B█████ took the children to a side door of the church to get them out. A█████ did not want any focus on her family. B████ believed the protestors had come from the main door of the church in the back and were somehow in the church service. B█████ experienced fear when this all occurred and was very scared for A█████.

B████ was very scared physically and there were so many protestors, angry protestors and the protestors came there for a purpose. B██████ felt that the protestors were saying we came for D████ E██████████, give us D████ E██████████ or we are going to do something. B█████ felt that they need to get the E██████████ out of the church. B█████ felt it was primal instinct of something bad is going to happen. B█████ knew where A██████ was and felt to be placed in the right spot to assist. B█████ kids had her husband to stay with her children. B████ felt if she didn't go to assist A█████, what was going to happen to them.

B████ was aware that D████ E██████████ (D████) was an employee of ICE. B██████ husband, K████, had also been ████████████████████████ and served alongside D████. B█████ and her husband had recently shared dinner with D████ and A█████. D████ had stated that life had been difficult recently and B████ was also aware. B█████ was aware that D████ had been tailed home by protestors and had to circle back to the office when almost home. B█████ knew the current time period had been hard.

A█████ was worth moving through the danger for. There was an array of protestors. B█████ felt there were 30-40 protesters. Some protesters were in control of their emotions. There were others who were not. The beard man was not. The man with the big beard was harassing and in people's faces. He was different and taking this to the next level and was a ring leader. The bearded man was attempting to get people riled up and not getting the response desired. The bearded man did not care if it was a kid. B████ felt it was cruel to go after children and women by the beard man. B████ felt the bearded man should take on a man or someone his own size. This view occurred after re-entering the church.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-016 | 1/23/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



B█████ shared at this time with a fellow parishioner that her elbow was hurt and the injury was more than a bump potentially. B█████ learned there was a pastoral prayer room upstairs in the church where all of her children were hiding in there together. B█████ children were terrified, absolutely terrified. B█████ daughter thought her mother was dead and B█████ son felt that he and his family were going to get shot. B█████ family would not have a context of that level of violence so the fact that her children were that scared was meaningful. B█████ said that yeah, it was scary.

B█████ was not threatened and didn't hear any threats. B█████ heard the protestors being told to leave. B█████ felt that when they were chanting D███ E████████ out, that it was a threat. B█████ didn't know what that meant. The bearded man cursed. B█████ felt the bearded man had a monologue saying "You're a Nazi, you are a privileged White Nazi." The bearded man was the one B█████ really noticed. The bearded man was a tall, white male, with a beard, wearing a black sweatshirt. The bearded man was recording as it seemed most of the protesters were. B█████ was then shown a photo and said, "That's him". B█████ described the photo of the man shown. B█████ said he was a white male, big beard, black sweatshirt and hat, the sweatshirt said "Fuck Fascism, Fuck Trump". The bearded man was dropping the f-bomb a lot. The bearded man seemed unhinged to B█████.

B█████ did not feel it was safe to continue with church that day. B█████ wanted to get her children out of the church. B█████ didn't know what could come of the protestors. An off-duty ████████ Police Officer, a fellow parishioner, kept coming in and stating that M██████ P█████ had called the police. The off-duty Police officer said the police are going to be a while, "a while a while." B█████ felt nobody was coming to help them. B█████ didn't know what the police viewed of protestors at that time or if they cared.

B█████ gathered her children and the ██████████ Police Officer and other men were to assist in getting the family out of the church. B█████ husband was to stay with J████████ as they didn't feel it was safe to leave ████ alone. They were to exit through the side door. That is not typically how B█████ left the church. It was the furthest door from where B█████ had parked. B█████ would have gone out the main door. B█████ was really scared. B█████ didn't know if they had been identified by the protestors. B█████ felt like she needed men to protect her and her family exiting the church. B█████ needed some backup. B█████ daughter was hysterical, as was her son. It was chaos.

B█████ felt like the protestors were everywhere. B█████ walked all the way around the church to her vehicle. B█████ then actually got in the P█████ vehicle which had pulled up. One of the P█████ children was sobbing. The child was B█████ children's hero and it meant a lot to her kids. Their hero was scared. B█████ was thankful to be together and now be safe. Knowing though the fathers were still dealing with what they were dealing with. B█████ felt it would be

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-016 | 1/23/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000045



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



hard to go back to the church.  The children were scared and they want to go somewhere else.  There is a lot of fear.  The church was a safe place.

It felt so coordinated to B███.  There was a lead cameraman guy who was doing the interviewing.  It felt it was done in an official capacity.  It felt like a news anchor.  An official person in a capacity that B███ felt gave the protestors a feeling of authority.  B███ didn't know if it would have felt that way if the cameraman/news anchor was not there.  He was a reporter asking questions.  It felt different.  He was a handsome looking black man.  Very polished, nice white teeth.  His air was polished.  Everyone else was an average citizen.  Big beard, white man, unhinged.  The newsman fit a polished demeanor.  B███ was then shown a photo of Don Lemon.  B███ said that was the cameraman/anchor who was asking questions, handsome.  B███ felt that Lemon was documenting how right the protestors were and that B███ and the parishioners were dumb.  With an air of authority.  Lemon was seen talking with J███, Lemon had sought out the main person.

It was difficult for B███ to move around.  The normal passageway was where the protestors were standing so you couldn't walk through there.  It was tight.  No physical contact was experienced by B███.  It just felt close.  B███ felt the protestors had done research.  B██████ was not a pastor but a church "elder" or someone who was on the "board".  B███ felt the protest was like a "flanking".  The protestors knew what they were doing.  B███ and her husband had met other parishioners in the evening but had left their children at home.  They were scared for the children.

B███ was meeting with a doctor about her arm.  B███ did not believe the arm injury would have occurred if she was not rushing.

The black female with the powerful voice, the white man with a beard, and the black man with a microphone were the focal three. It seemed liked everyone else was along for the ride.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-016 | 1/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000046