# Exhibit 21





# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

02/11/2026 17:44 EST                                                                 Page 1 of 2

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
FORT Debrief - FB Clip - 01-19-26

**SYNOPSIS**

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D█████ E█████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D█████ E█████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D████ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

This Report of Investigation (ROI) will document Georgia FORT's Facebook post on January 19th, 2026.

**REPORTED BY**



SPECIAL AGENT

**APPROVED BY**



SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/3/2026

| **Current Case Title** | **ROI Number** | **Date Approved** |
|:---:|:---:|:---:|
| Invasion of Cities Church | MS05F226MS0003-111 | 2/3/2026 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000352



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                      Page 2 of 2

## DETAILS OF INVESTIGATION

Homeland Security Investigations (HSI) Special Agents (SAs) reviewed a post from Georgia FORT.  The video is approximately 2 minutes 50 seconds long.

Agent's Note: This report serves as a summary, and it is not intended to be a verbatim account of the video.

In the video FORT, a journalist, explains her role in documenting the protest at a Saint Paul church, Cities Church, sparked by Pastor D███ E███████ dual role as both a church leader and acting director of the local ICE field office. FORT draws parallels to historic civil rights protests.

- At approximately 0:43, FORT states, "Civil disobedience and protesting is not intended to be comfortable or even agreeable."

FORT explains that the protest occurred because of E███████ dual role as a pastor and an ICE employee.  Protesters argue it is contradictory for a pastor to preach about love while overseeing alleged injustices such as unconstitutional arrests and attacks on peaceful demonstrators.

- At approximately 1:31, FORT states, "Protesters say it's a contradiction to preach about loving your neighbor while overseeing unconstitutional arrest, due process violations, attacks on peaceful protesters, attacks on journalists, and the failure to render aid or investigate a fatal shooting of a US citizen, among other things."

FORT notes that protesters and journalists have faced threats and violence at other protest locations, and that the church protest refocused attention on accountability and justice.

- At approximately 2:23, FORT states, "So if I had to offer an analysis, I would say the church protests recentered accountability."

FORT concludes by questioning whether critics are upset about the protest's location or the unmasking of another ICE agent.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-111 | 2/3/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000353