# Exhibit 22




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/31/2026 12:44 EDT                                                        Page 1 of 2

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Jail Call Analysis VERGIN

**REPORTED BY**
B████████ W████████
SPECIAL AGENT

**APPROVED BY**
D████ W████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/5/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity waslivestreamedvia Facebook and the protesters named D████ E████████ by name. This organized group planned on being agitators at this church service due to DFOD E████████ employment with ICE.

The following Report of Investigation (ROI) documents the review of phone calls made by John VERGIN from the Sherburne County Jail.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-292 | 3/5/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001180



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/31/2026 12:44 EDT                                                                 Page 2 of 2

## DETAILS OF INVESTIGATION

This Report of Investigation (ROI) was written by Homeland Security Investigations (HSI) Special Agent (SA) B████ W████ and submitted on behalf of case agent, HSI SA T████ G████

On March 04, 2026, HSI SA's received a jail phone call recording from the Sherburne County Jail. It was verified and filtered that no privileged communications were present in the audio file. The following analysis summarizes phone call made by John VERGIN ("VERGIN"), from the Sherburne County Jail.

VERGIN made one phone call, which was made to his father.

**202602271851_33988_3208434961**
Duration: 5 minutes, 0 seconds

Summary: VERGIN calls his father and explains that he has been arrested for something that he and others did and he is at Sherburne County Jail. He tells his father to contact "Christian" to bond him out and have "Christian" contact "Nekima" referencing Nekima VALDEZ LEVY ARMSTRONG. VERGIN tells his father that he talked and cooperated with the agents. VERGIN continues by stating, They (HSI) have arrested nine other people, and it's related to protesting and activism. VERGIN says to contact the Minnesota Freedom Fund to help with bail and a lot of lawyers are involved with the other nine people. VERGIN references that Don LEMON and Georgia FORT are just "reporters".

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-292 | 3/5/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001181