# Exhibit 25




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

03/31/2026 12:44 EDT

Page 1 of 2

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
B██ S██████ - 01-18-2026

**REPORTED BY**
T███y G████
SPECIAL AGENT

**APPROVED BY**
D███ W████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/19/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D███ E█████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D███ E█████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity waslivestreamedvia Facebook and the protesters named D███ E█████████ by name. This organized group planned on being agitators at this church service due to DFOD E█████████ employment with ICE.

The following Report of Investigation (ROI) documents the review of a cell phone video, recorded by B███ S█████████, of the invasion of Cities Church on January 18, 2026.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-381 | 3/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001378




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

## DETAILS OF INVESTIGATION

This Report of Investigation (ROI) was written by Homeland Security Investigations (HSI) Special Agent (SA) B████ W██████ and later turned over to HSI case agent SA T████ G████ for submission.

On March 18th, 2026, HSI SAs K████ P█████████ and E████ P███ met with C████ F████ of Cities Church to obtain video footage provided by parishioners B██ S████████ and M███ W████ recorded on January 18th, 2026.

On March 19th, 2026, HSI SA B██████ W███████ reviewed B███ S█████████ video which was 2 minutes and 51 seconds in length. In the video you can see the agitators shouting, "Renee Good", "Hands up don't shoot", you can hear the pastor say, "shame on you, this is the house of the lord". The agitators then begin to shout louder and repeatedly say "ICE OUT". One of the agitators tells B██ S████████ that they are here because the church is "connected to ICE". A white male congregant is seen saying "this is not the place for this" as the "ICE OUT" chants grow louder.

Children can be seen visibly shaken and confused as to what is happening. You can see children being led out of the church, some of whom are crying. William KELLY (Defendant) is seen pointing towards the congregants yelling "why are you not at Whipple protesting, you live lavish lives".

INVESTIGATION CONTINUES

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-381 | 3/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001379