# Exhibit 26



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                  Page 1 of 3

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Witness Interview of C████ ████
F███.

**SYNOPSIS**

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E█████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E█████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The agitator activity was livestreamed via Facebook and the protesters named D████ E█████████ by name. This organized group planned on being agitators at this church service due to DFOD E█████████ employment with ICE.

This Report of Investigation will document the January 21, 2026, witness interview of C████ █████ F███.

**REPORTED BY**

J███ S█████
SPECIAL AGENT

**APPROVED BY**

D███ W█████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/29/2026

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-073 | 1/29/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000229




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST                                                                  Page 2 of 3

## DETAILS OF INVESTIGATION

On January 23, 2026, HSI Special Agent (SA) T. G██████ received investigative materials from Saint Paul Police Department (PD) which included various victim witness interviews and pictures associated with the incident at Cities Church.

On January 29, 2026, HSI SA J. S██████ received some of the investigative materials described above for initial review. The following will provide a summary, in sum and substance, of the video footage from Saint Paul PD body cam Interview of witness C██████ F█████ (████████ from January 21, 2026, reviewed by SA S█████. This report is not meant to be a verbatim transcription of the events that occurred in the video. The full video footage can be found in the electronic case file for reference.

<u>Review of Saint Paul PD Body Cam footage: Witness Interview of C█████ F█████.</u>

- C█████ F████ stated, he's ████████████████████████████████████████.
- C█████ F████ stated, the church service is live streamed on YouTube.
- C█████ F████ stated, he arrived at the Cities Church at approximately 6:00 AM on January 18, 2026, ████████████████████ and was there the whole day.
- C█████ F████ stated, I didn't know of any like protesters or anything until it was just a normal day for me until like our second service.
- C█████ F████ stated, a lot of them ended up standing kind of in the back for a good chunk of the service or sitting in the back.
- C█████ F████ stated, it's just unusual to have this many new people at once.
- C█████ F████ stated, I do recall one of our pastors, ███████████ and another guy from our church, I think had maybe run into some protesters or journalists or somebody who had came by earlier in the day. I didn't personally see them, but they had told me that they saw some people wandering around and just keep an eye out.
- C█████ F████ stated, in our sanctuary, I would have been in the back right of the sanctuary. That's where our sound booth is located, where the video controls are. I was actually standing.
- C█████ F████ stated, our sound booth sets back there and I was actually standing outside of it just in the back of the sanctuary.
- C█████ F████ stated, so we had probably 20 minutes of the service singing different elements of the service. Our pastor J██████ got up to do the sermon. As soon as he started the sermon, the one lady who started talking, she kind of started walking up the left side of the aisle.
- C█████ F████ stated, some of them were sitting in different places in the sanctuary, but a lot of them were following her up the aisle as she was talking.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-073 | 1/29/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000230



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/11/2026 17:44 EST                                                                 Page 3 of 3

- C███████ F███████ stated, the woman was African American, dreads, I believe, more overweight, heavy set, and 5'-5".
- C███████ F███████ stated, she started addressing the pastor and when she was finished, all of the protesters just started chanting. They were chanting ICE OUT Renee Good. I remember towards the end they chanted we shut this down the worship service.
- C███████ F███████ stated, I was checking on people, the young women crying, the kids needing to get connected to their parents.
- C███████ F███████ stated, a lot of the people in the back got up and some of them left. And like a number of those people I saw leaving with tears. Then, yeah, there's a number of folks who just kind of stayed in the sanctuary during the protest who also were crying.
- C███████ F███████ stated, the guy with the beard was definitely the most rowdy of everyone there. Probably at least 6 feet tall, maybe even taller, Caucasian, fairly normal, average build. He had fascism on his shirt and then I want to say he had a hat on or something that said Trump something like that. What made him stick out to you, just his way he was filming with his phone and then right in a people's faces yelling. Some of our people just stayed sitting where they were. He was in people's faces, a couple of our guys walked up to him and he said something like, don't touch me or you'll see what happens.
- C███████ F███████ stated, and he focused particularly on a row of four females in their 20s, I recall him, you know, right up in their faces with the phone yelling, you know, I mean, he recorded the videos right on there. He was up in their faces agitating them. Some of them were crying, I'm sure they were trying to just ignore them if they could.
- C███████ F███████ stated, I wouldn't have tried to to walk through them. I think people could go if they went like all the way around, outside and trying to squeeze. Well, well, I wouldn't have gone through, I mean, and what what you're describing is probably senses or intuition or whatever, but like, it's like spell it out for me. Like you just said you wouldn't walk through them. You probably would have had to push your way through. And yeah, I mean, I don't know that you could have gone through them without, you know, physical contact, like bumping into people, I can't say if they did moved out of the way or not. I mean people yelling and standing like that is not very inviting to try to walk through right on.
- C███████ F███████ stated, the live stream captured the whole incident.
- C███████ F███████ stated, I've been a member at the church for 4 1/2 to five years and then I've been ███████████████ over 3 years.
- C███████ F███████ stated, there were 30 to 40 disruptors in the church.

This is the end of the interview summary written by HSI SA S█████.

The investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-073 | 1/29/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000231