# Exhibit 29

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-29    Filed 08/06/26    Page 2 of 6



0:00



Search …

# Exclusive: Trump DHS Plans Immigration Raids on Churches Over Holidays

By John Keough | November 17, 2025
Last Updated: November 23, 2025



 Facebook            Twitter            ✉ Email

WORCESTER – Agencies within the U.S. Department of Homeland Security (DHS), including Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and Customs and Border Patrol (CBP) intend to implement a comprehensive plan to target Spanish-speaking churches across the country during the upcoming holiday season between Thanksgiving, Nov. 27, and Christmas, Dec. 25.



Three U.S. Department of Justice (DOJ) attorneys, including one assigned to the U.S. Attorney's office in the district of Massachusetts, one to the district of Rhode Island office, and the third posted at an office in New York told This Week in Worcester they received briefings on the plan.



## Save this article

Enter your email address and we'll send it straight to your inbox.

| Email Address | SEND |
| --- | --- |

☑ Send me new posts from This Week in Worcester

The attorney in the Massachusetts office said that they attend a Baptist church in Massachusetts and is a registered Republican. He said that he does not see how this plan is in line with either American values or Biblical doctrine.

The attorney in the Rhode Island office confirmed both the briefing and internal discussions about the legal issues surrounding arrests at churches over the past three months.

The attorney in the New York office spoke in depth about the plan being recently updated to include mosques and liberal synagogues in the wake of Zohran Mamdani's recent win in the New York City mayor's race.

The attorneys spoke on condition of anonymity for fear of retribution. All three said the plan is not regional to New England, but a nationwide strategy.

The administration of U.S. President Donald Trump has fired several U.S. Attorneys and staff members since the beginning of its term in January, including **two forced out this month in Miami**.

Multiple versions of the plan are being reviewed by DOJ staff lawyers. The topic is a regular part of operational discussions between staff at the DOJ and the DHS.

Both attorneys also said that the Trump administration is pushing high-ranking Southern Baptist Convention (SBC) officials for public support of the plan, including Hispanic pastors.

Two Hispanic pastors who lead Southern Baptist churches in New England say that SBC President Clint Pressley and its executive board received briefings on the plan and discussed it with Homeland Security Advisor Stephen Miller and White House Border Czar Tom Homan.

An SBC representative says neither Pressley nor its executive committee received any briefing on the plan.

A Hispanic pastor who leads a Pentecostal denomination in New England told This Week in Worcester that ICE agents visited his church several times and another visit came from an individual who identified themselves as an FBI agent. In all three conversations, agents asked questions about the names of specific congregation members, their home addresses, and the frequency they attended church services.

All three pastors asked that This Week in Worcester not reveal the names of their churches.

Multiple prominent Protestant leaders say that two pastors close to Trump have given their approval of the plan. The first, Paula White-Cain, is a televangelist, long-time spiritual advisor to Trump and leader of the White House Faith Office.

The other, televangelist Mark Burns, was an early supporter of Trump in 2016 and a board member of Pastors for Trump in 2023. Burns is also co-founder of the NOW Television Network.

The Trump administration has not approached Franklin Graham, a prominent Evangelical minister. Graham is the son of Billy Graham and president and CEO of the Billy Graham Evangelistic



Association (DGEA) and Samaratian's Purse, a humanitarian organization that does missionary work. Graham has advised Trump on several public policies, and has led several prayer campaigns for Trump.

Several people close to Graham say it would be highly unlikely that he would support such a plan.

Both Southern Baptist pastors told This Week in Worcester that they fear scenes similar to the arrest of Rosanne Ferreira de Oliveira on Eureka Street in Worcester on May 8 unfolding inside their churches. On that day, DHS, CBP, ICE and other federal agents held de Oliveira's children in custody to get her outside her home and to the scene, so they could conduct an arrest without a warrant.

After de Oliveira's arrest, ICE released a statement saying she is in the country illegally and a violent criminal who attacked a pregnant woman.

The court dropped criminal charges against de Oliveira at her next court appearance. As multiple outlets later reported, de Oliveira had authorization for legal presence in the United States with a pending application for asylum. While in custody after her arrest, a judge approved de Oliveira's application for asylum.

The federal government did not appeal that decision, despite having the right to. Instead, they released de Oliveira.

This Week in Worcester contacted the ICE office in Burlington by phone. A spokesperson who declined to identify themselves hung up when asked about the press release.

This Week in Worcester reached out to Dr. Terry Dorsett, Executive Director for the Baptist Churches of New England, the largest Baptist organization in New England. The BCNE is an affiliate of the Southern Baptist Convention. No response was received at the time of publication.

This Week in Worcester also found that the United States Concealed Carry Association (USCCA) is conducting multiple free seminars on church protection training in the Worcester County area. There are events scheduled on Tuesday, Nov. 18, at The Gun Parlor in Worcester, on Friday, Nov. 21, in Lowell, and on Monday, Nov. 14, in Leominster.

Elite Defense Training in Leominster leads those trainings. Elite Defense Training owner Richard Bosivert said the following in response to an inquiry by This Week in Worcester:

> "The curriculum and intent remain strictly focused on church safety and emergency preparedness. The subject of ICE, immigration enforcement, or federal agents entering a church has not come up in our trainings. It's not a topic we provide instruction on, as it falls outside both our mission and our area of expertise. We work with a wide range of congregations when invited, but we do not track or categorize churches by ethnicity or demographic makeup. Our role is simply to support any faith community that requests safety training."

One of the attorneys said part of the operational plan involves undercover ICE and FBI agents attending and documenting church security plans. Groups like Elite Defense Training teach volunteer church members how to handle individuals who disrupt church services and to manage scenarios like active-shooters or medical emergencies. Most churches with security plans eventually file those plans with local police and fire departments. Massachusetts state law enables local law enforcement agencies to decline providing support to ICE. This likely leaves these security plans outside the reach of federal agencies.

Federal agencies conducted multiple coordinated operations in Charlotte, North Carolina, over three days starting Nov. 14, which led to the arrest of 81 and included targeting a church. These operations appear similar to the operations described in the briefings the attorneys attended.



There are 661 registered religious organizations in Worcester, ranging from Catholic, Protestant, Jewish and Muslim congregations. Worcester is also home to 17 Buddhist organizations.

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-29    Filed 08/06/26    Page 5 of 6

Another prominent part of the plan is the promotion and distribution of the CBP Home Mobile App to Spanish-speaking churches. All three of the pastors received email and mailed correspondence with the CBP app information. The **CBP homepage** says that, "DHS is using the CBP Home Mobile App to incentivize the voluntary self-departure of aliens illegally in the United States."

## Explore More

|  | search text | 🔍 | ⬆ SHOW ALL |
|---|---|---|---|



♡ 42    ♡ 36    ♡ 51    ♡ 10    ♡

Worcester Releases Policy on Local...    The Hearth of the Commonwealth:...    Worcester Mayor, Superintendent Prais...    Worcester City Hall Adds Security,...    Union Leader Threatened Police...

Follow us on **The016.com**, the social network for Worcester and you!



### Mass. AG Sues Holden, 8 Other Municipalities
Mass. AG Andrea Joy Campbell filed a lawsuit against eight municipalities, including Holden, for noncompliance with the MBTA Communiteis Law.



### See the Neighborhood Meetings This Week in Worcester
The Worcester Police Department holds neighborhood meetings this week in Worcester. See when your neighborhood meets.



### Former State Senator Sentenced to Additional Federal Prison Time
Former Massachusetts State Senator Dean Tran, who is currently serving a federal prison sentence, was sentenced for additional charges he pleaded guilty to.

### Worcester School Committee Debates AI Privacy Policies



### Study Shows Childcare Out of Reach for Most Families

A new study by Lending Tree shows how out of reach affording childcare is for most families in Massachusetts.

### Mini-Grants Applications for Worcester Teachers Now Open

The Worcester Educational Development Foundation has opened applications for 20 mini-grants for Worcester Public Schools educators

## Sponsored

### Worcester Business Spotlight: New Services and Seasonal Trends for 2026

### Is Homeschooling Right for Your Family? What Parents Are Asking as Education Models Evolve

### The ABCs of Online Slot Gambling and How to Navigate This Terrain with Safety and Efficiency in Mind

Online slot gaming is one of the most popular forms of gambling games out there. Why? Well, the answer to that has a few layers.

### Red Hulu Vs Red Maeng Da Kratom: What's The Best Choice For You?

### What Crash Games Teach Massachusetts Players About Timing and Decision Pressure

Crash games have emerged across online gambling sites with a curious blend of imperatives.

### Crazy Time and More: The Appeal of Wheel-Based Casino Games



Copyright © This Week in Worcester    **Privacy Policy**