# Exhibit 30

"It is not of the Gospel" - Bishop Alberto Rojas' message to the Faithful amid immigration raids
CASE 0:26-cr-00025-LMP-DLM     Doc. 595-30     Filed 08/06/26     Page 2 of 3

# "It is not of the Gospel" - Bishop Alberto Rojas' message to the Faithful amid immigration raids

HITS: 8297

**June 23, 2025**

My Dear Brothers and Sisters in Christ,

Peace and well-being to you in these warming days of Summer. I write to you again on the very painful and challenging topic of immigration. We have seen a change and an increase in immigration enforcement in our region and specifically in our diocese. Authorities are now seizing brothers and sisters indiscriminately, without respect for their right to due process and their dignity as children of God. I say once again to our immigrant communities who are bearing the trauma and injustice of these tactics that your Church walks with you and supports you. We join you in carrying this very difficult cross.

While we surely respect and appreciate the right of law enforcement to keep our communities safe from violent criminals, we are now seeing agents detain people as they leave their homes, in their places of work and other randomly chosen public settings. We have experienced at least one case of ICE agents entering a parish property and seizing several people. It should be no surprise that this is creating a tremendous amount of fear, confusion and anxiety for many. It is not of the Gospel of Jesus Christ – which guides us in all that we do.

I ask all political leaders and decision-makers to please reconsider and cease these tactics immediately, in favor of an approach that respects human rights and human dignity and builds toward a more lasting, comprehensive reform of our immigration system.

Many are taking to the streets to voice their opposition to the current immigration enforcement tactics. It is their Constitutional right to do this, and I call on all protestors to act without vulgarity,

violence toward others, or destruction of property. The tension around this issue has been further heightened by the decision to deploy federal National Guard troops and military personnel to the sites of these protests. At this point, this seems only to increase the level of anger and fear of violence in the streets.

Our late Holy Father, +Pope Francis, once told me that his greatest fear was division. Indeed, it is painful to see such division amongst God's people at this moment. This is not what He wants for us. Let us instead remember what we all share – our creation in His image and likeness. Let us look for God in one another.

We continue as Catholics in this Jubilee Year, called to carry the hope of Christ in our hearts and to share it with the world. We know this hope is an antidote to the strife and suffering in our communities. May it prevail over this division and may God's Kingdom come.

Thank you and God bless you.

Bishop Alberto Rojas