# Exhibit 31

PYM-000347

**Newsweek**    SUBSCRIBE FOR $1    Login

**Politics** | ICE    Illegal Immigration    Immigration    Church

# ICE Strikes During Church Service to Arrest Migrant

**Published** Jan 30, 2025 at 6:53 AM EST



By **Billal Rahman**
Live News Reporter

FOLLOW

A man was arrested by Immigration and Customs Enforcement (ICE) officers outside a church in Georgia while his family was inside during the service.

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-31    Filed 08/06/26    Page 3 of 6
Case 8:25-cv-00243-TDC    Document 28-35    Filed 02/05/25    Page 3 of 6
PYM-000348

**Newsweek**    SUBSCRIBE FOR $1

## Why It Matters

The Department of Homeland Security released a memo that reversed the Biden administration's policy of prohibiting U.S. Immigration and Customs Enforcement (ICE) agents from operating in or near schools, churches, and other "sensitive locations."

In a statement regarding the policy shift, a DHS spokesperson said that "criminals will no longer be able to hide in America's schools and churches to avoid arrest."



A U.S. Immigration and Customs Enforcement (ICE) officer looks on during an operation in Escondido, California.
**GREGORY BULL/AP**

Trump made immigration a central theme of his successful presidential campaign. Americans largely support immigration reform overall but disagree about how policies such as deportations should be carried out.

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-31    Filed 08/06/26    Page 4 of 6
Case 8:25-cv-00243-TDC    Document 28-35    Filed 02/05/25    Page 4 of 6
PYM-000349

**Newsweek**    SUBSCRIBE FOR $1

*New York Times* and Ipsos from January 2 to 10 found that 55 percent of voters strongly or somewhat supported such plans. Eighty-eight percent supported "deporting immigrants who are here illegally and have criminal records."

Large majorities of both Democrats and Republicans agreed that the immigration system is broken.

## What To Know

Kenia Colindres told Channel 2 that her husband, Wilson Rogelio Velasquez Cruz, was arrested during service at Iglesia Fuente de Vida in Tucker.

| READ MORE | ICE |
|---|---|
|  | **ICE Agents' Morale 'Extremely High' Amid Surge in Raids** |
| | **Donald Trump May Slash TSA To Pay For ICE Deportations: Report** |
| | **How Many Migrants Have Been Arrested or Deported in Trump's First Week?** |
| | **ICE Raids New York City** |

Colindres told local news that she, her husband and three children were in the church when her husband received a call during the service, but chose not to answer it. Moments later, his immigration GPS ankle monitor began alarming. Worried about the disturbance, she advised him to step outside to check it. As soon as he did, ICE officers were waiting to take him into custody, according to WSBTV.

Colindres spoke with her husband on Monday, and he informed her that he could not appeal his case to a judge. He also told her he was being transferred to Stewart Detention Center before his deportation.

*Newsweek* understands Velasquez Cruz is currently in Stewart Detention Center.

Colindres said she doesn't know if she and her kids will be deported, too. According to NBC News, about 5,500 children were separated from their parents under the first Trump administration.

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-31    Filed 08/06/26    Page 5 of 6
Case 8:25-cv-00243-TDC    Document 28-35    Filed 02/05/25    Page 5 of 6
PYM-000350

**Newsweek**    SUBSCRIBE FOR $1

asylum upon reaching the U.S. border.

Upon his arrival, Velasquez Cruz was fitted with an immigration GPS ankle monitor, a condition determined by ICE on a case-by-case basis. However, authorities have not yet revealed why he was required to wear it.

Velasquez Cruz held a five-year work permit and was employed at a tire shop, according to his wife.

Colindres claims that her husband has never been in legal trouble and is a devoted follower of faith. She is now concerned about their future, as Velasquez Cruz was the sole provider for their family while she stayed home to look after their children.

The ICE policy requiring agents to obtain prior approval before making arrests in sensitive locations was introduced in 2011 through a memo from then-Director John Morton. This policy remained in effect throughout the first Trump administration and continued under the Biden administration.

Under the policy, ICE agents were permitted to enter sensitive locations, such as schools, churches, and hospitals, only under specific circumstances.

These included addressing national security or terrorism threats, apprehending dangerous felons, preventing imminent risks of death or injury, or safeguarding evidence in a criminal investigation from being destroyed.

Agents were required to secure approval from their superiors before carrying out arrests in these sensitive locations.

## What People Are Saying

**David Hoag, president of the Council for Christian Colleges & Universities (CCCU), told** *Newsweek*: "The Council for Christian Colleges & Universities is dedicated to collaborating with the Trump administration to promote the safety and protection of religious freedom, especially on college campuses. While we agree that safety of all Americans is paramount, generating apprehension about attending church services stands as an obstacle to religious liberty and threatens long-standing and deeply valued religious traditions that are vital to Christian colleges and universities. The CCCU proudly acknowledges churches as sacred spaces for worship and asks the Trump administration to respect the religious freedom of sensitive spaces, including houses of worship, both in and outside Christian institutions."

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-31    Filed 08/06/26    Page 6 of 6
Case 8:25-cv-00243-TDC    Document 28-35    Filed 02/05/25    Page 6 of 6
PYM-000351

**Newsweek** SUBSCRIBE FOR $1

empowers the brave men and women in CBP [Customs and Border Protection] and ICE to enforce our immigration laws and catch criminal aliens—including murders and rapists—who have illegally come into our country. Criminals will no longer be able to hide in America's schools and churches to avoid arrest. The Trump Administration will not tie the hands of our brave law enforcement and instead trusts them to use common sense."

## What Happens Next

It is expected that Velasquez Cruz will be deported by the Trump administration, although it remains to be seen for what specific crime or violation of immigration laws.



## Fairness Meter

**Newsweek Is Committed To Journalism That's Factual And Fair.**

**Hold Us Accountable And Submit Your Rating Of This Article On The Meter.**



Click On Meter
To Rate This Article

### Request Reprint & Licensing

### Submit Correction

### View Editorial & AI Guidelines

RELATED PODCASTS