# Exhibit 34



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/31/2026 12:44 EDT                                                                 Page 1 of 3

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Review of Democracy Now! YouTube Video

**REPORTED BY**

SPECIAL AGENT

**APPROVED BY**

SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/23/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D███ E█████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D███ E█████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts/doxxings. The mob activity was livestreamed via Facebook and the protesters named D███ E█████████ by name. This organized group planned on being agitators at this church service due to DFOD E█████████ employment with ICE.

This Report of Investigation (ROI) documents review of Democracy Now! YouTube video posted on January 21, 2026.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-221 | 2/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On February 21, 2026, Homeland Security Investigations (HSI) Special Agent (SA) K███ S█████ located a YouTube video (https://www.youtube.com/watch?v=e8_8c4qYkAs) uploaded by Democracy Now on January 21, 2026, interviewing Nekima Levy ARMSTRONG. The video was recorded and uploaded to the electronic case file for future review.

The first approximately three and a half minutes consisted of various viewpoints from inside of Cities Church on January 18, 2026, along with commentary by the host about Immigration and Customs Enforcement (ICE) activities in Minneapolis.

At 3:44, the host introduces ARMSTRONG and states she was speaking from an undisclosed location [after Trump officials vowed to investigate and possibly arrest the demonstrators]. The host then asks ARMSTRONG to explain, "What happened on Sunday, a protest that you were apart of."

> ARMSTRONG replied: "Yes, so Amy, four black women activists and organizers planned Sunday's protest, and I was one of the four… and we are unapologetic about going into the church. We participated in the first part of the service and the pastor prayed during the service, 'Dear God, please chasten us and help us get our house in order.' So when he was done praying, I stood up and I said, 'Excuse me pastor, you just prayed this particular prayer' and he said, 'Correct' and I said, 'Well help me understand how is D████ E███████ a pastor here and also a director of ICE in St. Paul?' As soon as I mentioned D████ E███████ name, the pastor yells out shame, shame over the microphone. It was clear that he didn't want to engage me in discussion about this in front of the congregation because he didn't want people in the congregation to know about this conflict of interest that D████ E███████ has. How can you serve as a pastor of the gospel of Jesus Christ while overseeing the brutal conduct of ICE agents who are literally terrorizing communities in the twin cities of Minnesota."

The host then asked ARMSTRONG to respond to Pam Bondi saying the protesters would be arrested and asked her to talk more about her decision to go into the church.

> ARMSTRONG replied: "I can't speak to Pam Bondi and the federal government's decision to investigate those of us who were involved in the protest. There were probably around two dozen or so people…"

ARMSTRONG continued by stating the federal government has decided not to investigate the shooting of Renee Good then said, "Where is the separation of church and state?" ARMSTRONG continued talking about President Trump and ICE negatively and said she and the other protestors were peacefully protesting and raising questions inside the church.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-221 | 2/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



The host then brought up Don LEMON facing potential charges for covering the protest. ARMSTRONG said it was, "Absolutely absurd, Don LEMON had no idea what the protest would even entail. For this particular protest, the only people who are aware of what's going to happen are the organizers. So, Don LEMON made the decision to come to Minnesota on Sunday. He reached out on Saturday night after he saw my flyer for the protest that I posted on social media, and I said you know, if you want to come and document, you're welcome to, but I cannot give you any information about the demonstration itself..."

The last thing the host asked ARMSTRONG was, "Do you have fear of being arrested at any moment?" ARMSTRONG said, "It's very possible that I will be, but I'm still standing firm on behalf of our democracy and I'm not afraid of the Trump administration and their shenanigans."

This investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-221 | 2/23/2026 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00000935