# Exhibit 35

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-35    Filed 08/06/26    Page 2 of 22



# Clemency Grants by President Donald J. Trump (2025-Present)

## January 20, 2025

[Granting Pardons and Commutations of Sentences for Certain Offenses Relating to the Events at or near the United States Capitol on January 6, 2021](#)

## January 21, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
| --- | --- | --- | --- |
| [Ross William Ulbricht](#) | Southern District of New York | Life imprisonment; lifetime supervised release (May 29, 2015) | Aiding and abetting distribution of drugs over internet; continuing criminal enterprise; computer hacking conspiracy; fraud with identification documents; money laundering conspiracy |

## January 22, 2025 - 2 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
| --- | --- | --- | --- |
| [Terence Dale Sutton, Jr.](#) | District of Columbia | 66 months' imprisonment; three years' supervised release, conditioned upon 100 hours' community service (September 12, 2024) | Murder in second degree; conspiracy; obstruction of justice and aiding and abetting |

CASE 0:26-cr-00025-LMP-DLM   Doc. 595-35   Filed 08/06/26   Page 3 of 22

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Andrew Zabavsky | District of Columbia | 48 months' imprisonment; three years' supervised release (September 12, 2024) | Conspiracy; obstruction of justice and aiding and abetting |

## January 23, 2025 - 24 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Joan Bell | District of Columbia | 27 months' imprisonment; 36 months' supervised release, conditioned upon 100 hours' community service (May 14, 2024) | Conspiracy against rights; FACE Act |
| Coleman Boyd | Middle District of Tennessee | Five years' probation, conditioned upon six months' home detention; $10,000 fine (as amended) (July 3, 2024) | Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act |
| Joel Curry | Eastern District of Michigan | N/A | Conspiracy against rights; clinic access obstruction |
| Jonathan Darnel | District of Columbia | 34 months' imprisonment; 36 months' supervised release, conditioned upon 100 hours' community service (May 15, 2024) | Conspiracy against rights; FACE Act |
| Caroline Davis | 1. Middle District of Tennessee 2. Eastern District of Michigan | 1. Three years' probation (April 24, 2024) 2. One year's nonreporting probation (concurrent) (September 18, 2024) | 1. Conspiracy to interfere with access to clinic entrances; aiding and abetting interference with access to clinic entrances 2. Conspiracy; interference with clinic access |
| Eva Edl | 1. Middle District of | 1. Three years' probation (September 26, 2024) (vacated | 1. Violation of the FACE Act 2. Conspiracy against rights; |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| | Tennessee 2. Eastern District of Michigan | and dismissed) 2. N/A | clinic access obstruction |
| Chester Gallagher | 1. Middle District of Tennessee 2. Eastern District of Michigan | 1. 16 months' imprisonment; three years' supervised release (September 26, 2024) 2. N/A | 1. Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act 2. Conspiracy against rights; clinic access obstruction |
| Herb Geraghty | District of Columbia | 27 months' imprisonment; 36 months' supervised release (May 15, 2024) | Conspiracy against rights; FACE Act |
| William Goodman | District of Columbia | 27 months' imprisonment; 36 months' supervised release (May 14, 2024) | Conspiracy against rights; FACE Act |
| Dennis Green | Middle District of Tennessee | Time served; three years' supervised release, conditioned upon six months' home confinement (July 3, 2024) | Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act |
| Lauren Handy | District of Columbia | 57 months' imprisonment; 36 months' supervised release (May 14, 2024) | Conspiracy against rights; FACE Act |
| Paula Harlow | District of Columbia | 24 months' imprisonment; 36 months' supervised release (May 31, 2024) | Conspiracy against rights; FACE Act |
| John Hinshaw | District of Columbia | 21 months' imprisonment; 36 months' supervised release (May 14, 2024) | Conspiracy against rights; FACE Act |
| Heather Idoni | 1. Middle District of Tennessee 2. Eastern District of | 1. 24 months' imprisonment; 36 months' supervised release (May 22, 2024) 2. N/A 3. 24 months' imprisonment; 36 | 1. Conspiracy against rights; FACE Act 2. Conspiracy against rights; clinic access obstruction |

CASE 0:26-cr-00025-LMP-DLM   Doc. 595-35   Filed 08/06/26   Page 5 of 22

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| | Michigan 3. District of Columbia | months' supervised release (May 22,2024) | 3. Conspiracy against rights; FACE Act |
| Jean Marshall | District of Columbia | 24 months' imprisonment; 36 months' supervised release (May 15, 2024) | Conspiracy against rights; FACE Act |
| Christopher Moscinski | Eastern District of New York | Six months' imprisonment; one year's supervised release (June 27, 2023) | Interference with freedom of access to reproductive health services |
| Justin Phillips | Eastern District of Michigan | N/A | Conspiracy against rights; clinic access obstruction |
| Paul Place | Middle District of Tennessee | Three years' probation (vacated and dismissed) (July 30, 2024) | Violation of the FACE Act |
| Jay Smith | District of Columbia | 10 months' imprisonment; 36 months' supervised release (August 7, 2023) | FACE Act |
| Paul Vaughn | Middle District of Tennessee | Time served; three years' supervised release, conditioned upon six months' home confinement (July 2, 2024) | Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act |
| Bevelyn Beatty Williams | Southern District of New York | 41 months' imprisonment; two years' supervised release (July 24, 2024) | Violating FACE Act |
| Calvin Zastrow | 1. Middle District of Tennessee 2. Eastern District of Michigan | 1. Six months' imprisonment; three years' supervised release, conditioned upon six months' home confinement (July 3, 2024) 2. N/A | 1. Conspiracy to obstruct access to clinic providing reproductive health services; violation of the FACE Act 2. Conspiracy against rights; clinic access obstruction |
| Eva Zastrow | 1. Middle District of | 1. Three years' probation (vacated and dismissed) (July | 1. Violation of the FACE Act 2. Conspiracy against rights; |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
|  | Tennessee 2. Eastern District of Michigan | 30, 2024) 2. N/A | clinic access obstruction |
| James Zastrow | Middle District of Tennessee | Three years' probation (July 30, 2024) | Violation of the FACE Act |

## February 10, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Rod R. Blagojevich | Northern District of Illinois | 168 months' imprisonment (as amended); 24 months' supervised release; $20,000 fine (December 7, 2011) | Wire fraud under color of official right (eight counts); conspiracy/attempted; attempt to commit extortion under color of official right; conspiracy to solicit and solicitation of bribe (three counts); making false statements |

## March 4, 2025 - 1 Commutation

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jean Pinkard | Eastern District of Michigan | One year and one day's imprisonment; three years' supervised release (May 8, 2024) | Conspiracy to possess with intent to distribute and to distribute controlled substances |

## March 11, 2025 - 1 Pardon

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-35    Filed 08/06/26    Page 7 of 22

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Brian Kelsey | Middle District of Tennessee | 21 months' imprisonment; three years' supervised release (August 11, 2023) | Conspiracy to defraud the United States; aiding and abetting the acceptance of excessive contributions |

## March 20, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Thomas Edward Caldwell | District of Columbia | Time served (January 10, 2025) | Tampering with documents or proceedings |

## March 25, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Devon Archer | Southern District of New York | One year and one day's imprisonment; one year's supervised release; $43,427,436 restitution (February 28, 2022) | Conspiracy to commit securities fraud; securities fraud |

## March 27, 2025 - 6 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Benjamin Delo | Southern District of New York | 30 months' probation (June 15, 2022) | Violation of the Bank Secrecy Act |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Gregory Dwyer | Southern District of New York | One year's probation; $150,000 fine (November 16, 2022) | Violating the Bank Secrecy Act |
| Arthur Hayes | Southern District of New York | Two years' probation, conditioned upon six months' home confinement (May 20, 2022) | Violation of the Bank Secrecy Act |
| HDR Global Trading Limited | Southern District of New York | Two years' unsupervised probation, $100,000,000 fine (January 15, 2025) | Violation of Bank Secrecy Act |
| Trevor Milton | Southern District of New York | 48 months' imprisonment; three years' supervised release; (December 18, 2023) | Securities fraud; wire fraud (two counts) |
| Samuel Reed | Southern District of New York | 18 months' probation (July 13, 2022) | Violation of the Bank Secrecy Act |

## March 28, 2025 - 3 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jason Galanis | Southern District of New York | 1. 135 months' imprisonment; three years' supervised release; $37,032,337.43 restitution (as amended June 5, 2017) (February 15, 2017)<br>2. 173 months' imprisonment, with 60 months consecutive; three years' supervised release (concurrent); $47,785,176 restitution (August 11, 2017) | 1. Conspiracy to commit securities fraud (two counts); securities fraud; investment adviser fraud<br>2. Conspiracy to commit securities fraud; securities fraud; conspiracy to commit investment adviser fraud |

CASE 0:26-cr-00025-LMP-DLM   Doc. 595-35   Filed 08/06/26   Page 9 of 22

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Ozy Media, Inc. | Eastern District of New York | One year's probation; $36,769,153.97 restitution (January 6, 2025) | Conspiracy to commit securities fraud; conspiracy to commit wire fraud |
| Carlos Roy Watson | Eastern District of New York | 116 months' imprisonment; two years' supervised release; $36,769,153.97 restitution (as amended January 6, 2025) (December 16, 2024) | Conspiracy to commit securities fraud; conspiracy to commit wire fraud; aggravated identity theft |

## April 23, 2025 - 2 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Michele Fiore | District of Nevada | N/A | Conspiracy to commit wire fraud; wire fraud (six counts) |
| Paul Walczak | Southern District of Florida | 18 months' imprisonment; two years' supervised release; $4,381,265.76 restitution (April 11, 2025) | Willful failure to pay trust fund taxes; failure to file return/information |

## May 27, 2025 - 2 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Scott Howard Jenkins | Western District of Virginia | 120 months' imprisonment; three years' supervised release; $600 fine (March 21, 2025) | Conspiracy to commit bribery concerning programs receiving Federal funds, honest services mail fraud, and honest service wire fraud; honest services mail fraud; honest services wire fraud (three counts); bribery concerning programs receiving federal funds (seven counts) |

CASE 0:26-cr-00025-LMP-DLM   Doc. 595-35   Filed 08/06/26   Page 10 of 22

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| James Callahan | District of Columbia | N/A | Filing false labor union reports |

## May 28, 2025 - 16 Pardons and 6 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Kevin Eric Baisden | District of Columbia Superior Court | 1. 90 days' imprisonment (suspended); one years' supervised release (September 20, 2010) 2. Time served; one years' supervised release; $50 fine (March 4, 2009) 3. 180 days' imprisonment (suspended); four months' supervised release; $50 fine (February 5, 2007) 4. 155 days' imprisonment (100 days suspended); one years; supervised release; $50 fine (December 7, 2005) | 1. Shoplifting 2. Second degree theft 3. Bail reform act 4. Second degree theft |
| Mark Bashaw | Army | No punishment (2022) | Violation of lawful orders |
| Julie Chrisley | Northern Georgia | 84 months' imprisonment; three years' supervised release; $4,740,645.04 restitution (November 21, 2022; as amended September 25, 2024) | Conspiracy to commit bank fraud; bank fraud (five counts); wire fraud; conspiracy to defraud the U.S. to obstruct and impede the Internal Revenue Laws; tax evasion; obstruction of justice |
| Todd Chrisley | Northern Georgia | 144 months' imprisonment; three years' supervised release; $17,270,741.57 restitution (November 21, 2022) | Conspiracy to commit bank fraud; bank fraud (five counts); conspiracy to defraud the U.S. to obstruct and impede the Internal Revenue Laws; tax evasion |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Lawrence S. Duran | Southern District of Florida | 50 years' imprisonment; three years' supervised release; $87,533,863.46 restitution (September 16, 2011) | Conspiracy to commit health care fraud; health care fraud (11 counts); conspiracy to defraud the United States and to receive and pay health care kickbacks; conspiracy to commit money laundering; money laundering (18 counts); structuring to avoid reporting requirements (six counts) |
| Kentrell D. Gaulden | Utah | 23 months' imprisonment; no supervised release (December 10, 2024) | Felon in possession of a firearm |
| Michael Gerard Grimm | Eastern New York | Eight months' imprisonment; one year's supervised release, conditioned upon 200 hours' community service; $148,907.11 restitution (July 17, 2015; as amended August 10, 2015) | Aiding and assisting in the preparation of false and fraudulent tax returns |
| Michael Ray Harris | Central District of California | 235 months' imprisonment (commuted to expire on January 19, 2021); five years' supervised release; $80,000 fine (November 26, 1990) | Conspiracy to possess with intent to distribute and to aid and abet possession and distribution of cocaine; aiding and abetting possession with intent to distribute cocaine; possession with intent to distribute cocaine |
| Larry Hoover | Northern District of Illinois | Life imprisonment; five years' supervised release (June 18, 1998) | Narcotics conspiracy; continuing criminal enterprise; use of persons under age 18; distribution of cocaine; use of a communication facility in committing the narcotics conspiracy; distribution of cocaine (two counts) use of a firearm in the commission of a drug trafficking crime |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
| --- | --- | --- | --- |
| James M. Kernan | Northern District of New York | Five years' probation, conditioned upon 400 hours' community service; $250,000 fine (January 25, 2010) | Knowingly and willfully permitting a convicted felon to be engaged in the business of insurance |
| Marlene Mary Kernan | Northern District of New York | Two years' probation; $182,708 fine (January 25, 2010) | Permitting a convicted felon to engage in the business of insurance |
| Tanner J. Mansell | Southern Florida | One year's probation, conditioned upon 50 hours' community service; $3,343.72 restitution (February 13, 2023) | Theft of property within special maritime jurisdiction |
| John R. Moore, Jr. | Southern Florida | One year's probation, conditioned upon 50 hours' community service; $1,000 fine; $3,343.72 restitution (February 13, 2023) | Theft of property within special maritime jurisdiction |
| Marian I Morgan | Middle District of Florida | 405 months' imprisonment; three years' supervised release; $19,958,995 restitution (April 27, 2012) | Conspiracy to defraud the United States; wire fraud (7 counts); transfer of funds taken by fraud (5 counts); money laundering (6 counts); making false statements on income tax returns (3 counts) |
| John G. Rowland | Connecticut | 1. 12 months and one day's imprisonment; three years' supervised release, conditioned upon four months' home confinement and 300 hours' community service; $82,000 fine (March 18, 2005) 2. 30 months' imprisonment; three years' supervised release $35,000 fine (March 18, 2015) | 1. Conspiracy to defraud the United States 2. Falsification of records in a federal investigation; conspiracy; causing false statements (two counts); illegal campaign contributions (two counts) |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Charles Overton Scott | Northern District of Ohio | 42 months' imprisonment; two years' supervised release; $5,000 fine; $500,000 restitution (February 12, 2025) | Conspiracy to commit securities fraud; securities fraud |
| Alexander Sittenfeld | Southern Ohio | 16 months' imprisonment; one year's supervised release; $40,000 fine (October 10, 2023) | Bribery concerning programs receiving federal funds; attempted extortion under color of official right |
| Earl Lamont Smith | Northern District of Georgia | 18 months' imprisonment; three years' supervised release; $163,330 restitution (March 24, 2010) | Theft of government property |
| Garnett Gilbert Smith | District of Maryland | 300 months' imprisonment; five years' supervised release (January 30, 2014) | Conspiracy to distribute and possess with intent to distribute cocaine |
| Charles Lavar Tanner | Northern District of Indiana | 360 months' imprisonment (as amended) (commuted to expire on October 21, 2020); 10 years' supervised release; $1,000 fine (May 26, 2009) | Conspiracy to possess with intent to distribute five kilograms or more of cocaine; attempt to possess with intent to distribute five kilograms or more of cocaine |
| Anabel Valenzuela | Hawaii | 384 months' imprisonment; five years' supervised release (January 5, 2009) | Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine; conspiracy to commit money laundering; criminal forfeiture (two counts) |
| Imaad Shah Zuberi | Central California | 144 months' imprisonment; three years' supervised release; $1,750,000 fine; $15,705,080.11 restitution (February 18, 2021) | Violations of the Foreign Agents Registration Act; tax evasion; foreign, conduit, and other illegal campaign contributions; tampering with a witness, victim or informant (obstruction of justice) |

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-35    Filed 02/06/26    Page 14 of 22

## May 29, 2025 - 1 Pardon and 2 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jeremy Young Hutchinson | 1. and 2. Eastern Arkansas 3. Western Missouri | 1. 18 months' imprisonment; three years' supervised release; $224,497.10 restitution (February 3, 2023) 2. 28 months' imprisonment (consecutive); three years' supervised release (concurrent); $131,038 restitution (February 3, 2023) 3. 50 months' imprisonment (consecutive); three years' supervised release (April 23, 2023) | 1. Conspiracy to commit bribery 2. Aiding and abetting filing of false income tax return 3. Conspiracy; criminal forfeiture of property |
| Edward Ruben Sotelo | Northern Texas | Life imprisonment; five years' supervised release; $50,000 fine (August 17, 1995) | Conspiracy; continuing criminal enterprise; possession with intent to distribute 1 kilogram of cocaine, aiding and abetting (two counts); use of telephone to facilitate commission of a felony (three counts); possession with intent to distribute 10 pounds of marijuana, and aiding and abetting; distribution of more than five kilograms of cocaine and aiding and abetting |
| Joe Angelo Sotelo | Northern District of Texas | Life imprisonment; five years' supervised release (August 17, 1995) | Conspiracy; possession with intent to distribute one kilogram of cocaine and aiding and abetting |

## October 1, 2025 - 1 Commutation (Amended)

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Imaad Shah Zuberi | Central California | 144 months' imprisonment; three years' supervised release; $1,750,000 fine; $15,705,080.11 restitution (February 18, 2021) | Violations of the Foreign Agents Registration Act; tax evasion; foreign, conduit, and other illegal campaign contributions; tampering with a witness, victim or informant (obstruction of justice) |

## October 17, 2025 - 1 Commutation

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| George Anthony Devolder Santos | Eastern New York | 87 months' imprisonment; two years' supervised release; $373,749.97 restitution (April 25, 2025) | Wire Fraud - The Party Program Scheme; aggravated identity theft |

## October 21, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Changpeng Zhao | Western Washington | Four months' imprisonment; $50,000,000 fine (April 30, 2024) | Failure to maintain an effective anti-money laundering program |

## November 7, 2025

[Granting Pardons for Certain Offenses Related to the 2020 Presidential Election](#)

## November 7, 2025 - 7 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Glen Casada | Middle Tennessee | 36 months' imprisonment; one year's supervised release (September 23, 2025) | Conspiracy to defraud the United States; honest services wire fraud (four counts); use of a fictitious name to carry out a fraud; conspiracy to commit money laundering; money laundering (eight counts) |
| Cade Cothren | Middle Tennessee | 30 months' imprisonment; one year's imprisonment; $25,000 fine (September 16, 2025) | Conspiracy to defraud the United States; honest services wire fraud (six counts); use of fictitious name to carry out unlawful business; conspiracy to commit money laundering; money laundering (seven counts) |
| Robert Henry Harshbarger, Jr. | Kansas | 48 months' imprisonment; $25,000 fine; $848,504.34 restitution (November 4, 2013) | Introducing misbranded drugs into Interstate commerce; health care fraud |
| Troy Lake | Colorado | 12 months and one day's imprisonment; $2,500 fine (December 5, 2024) | Conspiracy to violate the Clean Air Act |
| Michael McMahon | Eastern New York | 18 months' imprisonment; two years' supervised release; $11,000 fine (April 16, 2025) | Acting as an agent of a foreign government without prior notification to the Attorney General; conspiracy to engage in interstate stalking; stalking |
| Darryl Strawberry, Sr. | Southern New York | Three years' probation, conditioned upon six months' home confinement and 100 hours' community service (April 24, 1995) | Income tax evasion |
| Michelino Sunseri | Wyoming | N/A | Leaving the Garnet Canyon Trail to use the shortcut of the Old Climber's Trail in violation of the Superintendent's 2024 Compendium |

## November 12, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Joseph Lewis | Southern New York | Three years' probation; $5,000,000 fine; $400,000 restitution (as amended) (April 4, 2024) | Conspiracy to commit securities fraud; securities fraud (two counts) |

## November 14, 2025 - 3 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Suzanne Kaye | Southern Florida | 18 months' imprisonment; two years' supervised release (April 21, 2023) | Interstate Communications - Threats |
| Joseph Schwartz | New Jersey | 36 months' imprisonment; three years' supervised release; $100,000 fine; $5,000,000 restitution (April 10, 2025) | Willful failure to pay over employment taxes; failure to file the Annual 5500 Report |
| Daniel Edwin Wilson | District of Columbia | 60 months' imprisonment; 36 months' supervised release (August 28, 2024) | Possession of a firearm by a prohibited person; possession of an unregistered firearm |

## November 26, 2025 - 1 Commutation

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| David Gentile | Eastern New York | Seven years' imprisonment; three years' supervised release (May 9, 2025) | Conspiracy to commit securities fraud; conspiracy to commit wire fraud; securities fraud; wire fraud (two counts) |

## December 1, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Juan Orlando Hernandez | Southern New York | 540 months' imprisonment; five years' supervised release; $8,000,000 fine (June 26, 2024) | Conspiracy to import cocaine into the United States; possessing machine guns and destructive devices in furtherance of the cocaine importation conspiracy; conspiracy to use and carry machine guns and destructive devices |

## December 2, 2025 - 3 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Enrique Roberto Cuellar | Southern Texas | N/A | Conspiracy (two counts); bribery (two counts); honest services wire fraud; honest services wire fraud conspiracy; money laundering conspiracy; money laundering (five counts) |
| Imelda Rios Cuellar | Southern Texas | N/A | Conspiracy (two counts); bribery (two counts); honest services wire fraud; honest services wire fraud conspiracy; money laundering conspiracy; money laundering (five counts) |
| Timothy Joseph Leiweke | Western Texas | N/A | Conspiracy to restrain trade |

## December 5, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Tina Peters | N/A | N/A | "For those offenses she has or may have committed or taken part in related to election integrity and security during the period from January 1, 2020 through December 31, 2021" |

CASE 0:26-cr-00025-LMP-DLM   Doc. 595-35   Filed 08/06/26   Page 19 of 22

# January 15, 2026 - 8 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jimmy Ray Barnett | Northern Texas | 480 months' imprisonment; five years' supervised release (June 9, 2000) | Conspiracy and aiding and abetting; possession with intent to distribute 50 grams or more of methamphetamine; possession with intent to distribute 50 grams or more of amphetamine; possession with intent to distribute methamphetamine; convicted felon in possession of firearms |
| Zechariah Benjamin | Northern Iowa | Life imprisonment; eight years' supervised release (as amended) (October 9, 2008) | Distribute and aid and abet the distribution of 5 grams or more of cocaine base after having been convicted of two felony drug offenses; distribute 5 grams or more of cocaine base after having been convicted of two felony drug offenses; conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base after two prior felony drug offenses |
| Angela Wannette Cupit | Northern Texas | 360 months' imprisonment; four years' supervised release (January 15, 2016) | Conspiracy to possess with intent to distribute a controlled substance |
| Jacob Deutsch | Connecticut | 62 months' imprisonment; four years' supervised release; $10,000 fine (January 8, 2024) | Conspiracy to commit mail fraud and wire fraud |
| Juan Mercado, III | Southern Texas | 240 months' imprisonment; 10 years' supervised release (December 12, 2012) 2. 175 days' imprisonment (December 12, 2012) | 1. Conspiracy to possess, with intent to distribute, 2160.02 kilograms of marijuana 2. Supervised release violation (conspiracy to possess with intent to distribute five kilograms or more of cocaine) |

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-35    Filed 02/06/26    Page 20 of 22

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Angela Reynolds | Northern Texas | 275 months' imprisonment; four years' supervised release (May 13, 2016) | Conspiracy to possess with intent to distribute a controlled substance |
| Andre Donnell Routt | Eastern Texas | Life imprisonment; five years' supervised release (August 19, 1994) | Did knowingly and intentionally conspire, combine, confederate and agree together, with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of cocaine |
| James Phillip Womack | Western Arkansas | 96 months' imprisonment; five years' supervised release; $1,900 fine (May 21, 2024) | Distribution of more than five grams of actual methamphetamine |

## January 15, 2026 - 13 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Adriana Isabel Camberos | Southern California | 12 months and one day's imprisonment; three years' supervised release; $48,824,415.45 restitution (June 26, 2025) | Conspiracy to commit wire and mail fraud; wire fraud and aiding and abetting (seven counts) |
| Andres Enrique Camberos | Southern California | Three years' probation; $48,824,415.45 restitution (June 26, 2025) | Conspiracy to commit wire and mail fraud; wire fraud and aiding and abetting (seven counts) |
| Danny Preston Conrad | Southern Georgia | Three years' probation, conditioned upon 52 weeks' weekend jail time (August 28, 1979) | Embezzling by postal employee |

2/4/26, 12:29 PM
CASE 0:26-cr-00025-LMP-DLM    Doc. 595-35    Filed 08/06/26    Page 21 of 22
Office of the Pardon Attorney | Clemency Grants by President Donald J. Trump (2025-Present)

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Arie Eric De Jong, III | Southern California | Five months' imprisonment; three years' supervised release; $2,254,593.27 restitution; $15,000 fine (May 23, 2018) | Conspiracy |
| Russell John Flint, Jr. | Northern Illinois | Two years' probation (June 30, 1966) | Aiding and abetting the making of false Selective Service Registration Certificates |
| Julio M. Herrera Velutini | Puerto Rico | N/A | Conspiracy (two counts); federal program bribery (two counts); honest services wire fraud (two counts) |
| Kenneth Caprist Kelly | Maryland | 69 months' imprisonment (as amended); five years' supervised release (April 14, 1993) | Armed bank robbery; assault during armed bank robbery; use of firearm during a crime of violence |
| James Michael Klos | Western Pennsylvania | 12 months' probation, conditioned upon 50 hours' community service (September 18, 2006) | Possession of an unregistered firearm |
| David Levy | Eastern New York | Time served; $5,000 fine (January 10, 2024) | Conspiracy to commit securities fraud; securities fraud |
| Hollie Ann Nadel | District of Columbia | Time served; three years' supervised release; $250,000 restitution (September 9, 2024) | Conspiracy to commit money laundering and bank fraud |
| Mark T. Rossini | Puerto Rico | N/A | Conspiracy; federal program bribery; honest services wire fraud |
| Wanda Vazquez Garced | Puerto Rico | N/A | Conspiracy; federal program bribery; honest services wire fraud |

CASE 0:26-cr-00025-LMP-DLM    Doc. 595-35    Filed 08/06/26    Page 22 of 22

## January 16, 2026 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE AS LISTED ON THE WARRANT |
|---|---|---|---|
| Terren Scott Peizer | Central California | 42 months' imprisonment; three years' supervised release; $5,250,000 fine (June 23, 2025) | Securities fraud; insider trading (two counts) |

## January 20, 2026 - 3 Pardons (Amended)

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Julio M. Herrera Velutini | Puerto Rico | N/A | Contribution by a foreign national |
| Mark T. Rossini | Puerto Rico | N/A | Contribution by a foreign national |
| Wanda Vazquez Garced | Puerto Rico | N/A | Contribution by a foreign national |

*Updated January 21, 2026*

---

 **U.S. Department of Justice**

**Office of the Pardon Attorney**

950 Pennsylvania Avenue NW

Washington DC 20530

USPardon.Attorney@usdoj.gov

Email is the preferred method of contact.

Attachments should be in PDF format.

202-616-6070