# Exhibit 36



**U. S. Department of Justice**

Office of the Associate Attorney General

*Washington, D.C. 20530*

January 24, 2025

MEMORANDUM FOR KATHLEEN WOLFE, SUPERVISORY OFFICIAL OF THE CIVIL RIGHTS DIVISION

FROM:  THE CHIEF OF STAFF TO THE ATTORNEY GENERAL *CRM*
(Exercising the Authority of the Acting Associate Attorney General)

SUBJECT:  FACE ACT CHARGING POLICY

President Trump campaigned on the promise of ending the weaponization of the federal government and has recently directed all federal departments and agencies to identify and correct the past weaponization of law enforcement.

To many Americans, prosecutions and civil actions under the Freedom of Access to Clinic Entrances Act ("FACE Act") have been the prototypical example of this weaponization. And for good reason. Even though more than 100 crisis pregnancy centers, pro-life organizations, and churches were attacked in the immediate aftermath of the *Dobbs* decision, nearly all prosecutions under the FACE Act have been against pro-life protesters. That is not the even-handed administration of justice.

To address this concern and to ensure that federal law enforcement and prosecutorial resources are devoted to the most serious violations of federal law, future abortion-related FACE Act prosecutions and civil actions will be permitted only in extraordinary circumstances, or in cases presenting significant aggravating factors, such as death, serious bodily harm, or serious property damage. Cases not presenting significant aggravating factors can adequately be addressed under state or local law. Additionally, until further notice, no new abortion-related FACE Act actions—criminal or civil—will be permitted without authorization from the Assistant Attorney General for the Civil Rights Division.

In light of these enforcement priorities, I direct you to immediately dismiss, with prejudice, the following FACE Act cases:

- *United States v. Connolly*, No. 2:24-cv-04467 (E.D. Penn.).
- *United States v. Zastrow, et al.*, No. 2:24-cv-00576 (M.D. Fla.).
- *United States v. Citizens for a Pro-Life Society, et al.*, No. 1:24-cv-00893 (N.D. Ohio).

If needed, further case-specific guidance will follow for cases in which a criminal conviction has already been obtained but in which a sentence has not yet been imposed, or in which the appeals are not yet completed, that did not present significant aggravating factors.