# Exhibit 38

Newspapers.com by ancestry
CASE 0:26-cr-00025-LMP-DLM    Doc. 595-38    Filed 08/06/26    Page 2 of 2
The Baltimore Sun (Baltimore, Maryland) · Sun, Mar 19, 2006 · Page C2
Downloaded on Mar 16, 2026
https://www.newspapers.com/image/248984068/

# IN THE NEWS

## Don't confuse blogging with real journalism

**TROY McCULLOUGH**
ON BLOGS

FOR ALL THE HYPE THAT blogs signal the demise of mainstream journalism, now comes this not-so-shocking revelation: Bloggers do very little of their own reporting.

Included in the Project for Excellence in Journalism's annual State of the News Media study was a look at seven of the most prominent and influential current-events blogs operating today. The study tracked the blogs' content on May 11, a day chosen at random.

The result: The sites offered illuminating commentary, vigorous debate and intelligent criticism on the day's news. But as for the actual reporting of the news, the sites relied almost exclusively on traditional media outlets — newspapers, TV and radio reports and wire services.

"We found little of what would be considered journalistic reporting done by these bloggers, as in examining public documents, conducting interviews, or acting as a direct witness to events," the report said. More than three-fourths of the day's posts involved no higher reporting than commentary from the blogger, the report said, and barely 5 percent of the posts included original research.

None of this should be a surprise to most people — including bloggers themselves. But the study should throw some cold water on those few who are still under the illusion that blogs are on the verge of assuming their rightful place at the top of the journalism pecking order.



ANDY SNAIR

The seven blogs highlighted in the study — Instapundit, Little Green Footballs, Power Line, Talking Points Memo, Eschaton, Daily Kos, and Crooks and Liars — and many other sites have carved out a prominent and well-deserved role in the public discourse in just a few short years.

They've highlighted stories that have been undeservedly overlooked. They've exposed inaccuracies in print and on TV. They've given a voice to people with informed and enlightened opinions on the day's pressing issues. And on occasion, they have done original reporting.

But for the most part, the fuel for their fire comes from the unglamorous journalistic legwork done by their old-media counterparts, a point bluntly underscored last month by former Gawker.com blogger Choire Sicha.

"As for blogs taking over big media in the next five years? Fine, sure," Sicha said in an interview with Trevor Butterworth for the Financial Times. "But where are the beginnings of that? Where is the reporting? Where is the reliability? The rah-rah blogosphere crowd are apparently ready to live in a world without war reporting, without investigative reporting, without nearly any of the things we depend on newspapers for. The world of blogs is like an entire newspaper composed of op-eds and letters and wire service feeds."

Old-fashioned journalists, it seems, may have a few years of life left.

### Lost camera returned

A few weeks ago, I wrote about the saga of Judith Zissman, whose digital camera had been lost in a Hawaiian park, then found by a Canadian family that refused to return it to its rightful owner.

Well, Zissman reports on her blog, lostcamera.blogspot.com, that the Canadian family has relented.

"Thanks to the perseverance of amazing people at the National Park Service, the camera has made it home," Zissman gleefully wrote, without much elaboration.

She promises more details — and pictures — in the near future.

troy.mccullough@baltsun.com

*Listen to Troy McCullough's podcasts at baltimoresun.com/onblogs.*

## TRENDS

# Economy drowning in trade-deficit tide

### Shift away from manufacturing jobs makes things worse

BY PETER MORICI
[SPECIAL TO THE SUN]

Last week, the Commerce Department reported that the 2005 current account deficit was $804.9 billion, up from $668.1 billion in 2004. The current account is the broadest measure of the U.S. trade balance.

In the fourth quarter, the current account deficit was $224.9 billion, up from $185.4 billion in the third quarter. In the fourth quarter, that deficit exceeded 7 percent of gross domestic product.

The current account deficit could easily top $1 trillion a year by the second half of 2006, a prospect with ominous long-term implications for the U.S. economy.

The American appetite for inexpensive imported consumer goods including cars was a huge factor driving the trade deficit higher. In 2005, the deficit on nonpetroleum goods was $537.2 billion, up from $487.6 billion in 2004.

Imports of motor-vehicle parts increased 10 percent to $83 billion, as Ford and General Motors continue to push their procurement offshore and cede market share to Japanese and Korean companies offering better-made and less-expensive-to-own vehicles. Even when they assemble automobiles in the United States, Asian automakers import more parts than Ford and GM.

The Wal-Mart effect was broadly apparent. In 2005, the trade deficit with China was $201.7 billion, a record. This was up from $162 billion in 2004.

This situation is likely to get worse in the months ahead. Crude-oil prices are rising again, and an overvalued dollar continues to keep imported cars and other consumer goods cheap. Announced production cutbacks at GM and Ford will result in more imports of motor vehicles and parts.

The dollar remains at least 40 percent overvalued against the Chinese yuan and other Asian currencies. To sustain their undervalued currencies against the dollar, foreign government have purchased a total of $220.7 billion in U.S. securities. This created an 11 percent subsidy on their exports to the United States.

High and rising trade deficits are taxing economic growth here. Each dollar spent on imports that is not matched by a dollar of exports reduces domestic demand and employment, and shifts workers into activities where productivity is lower.

Productivity is at least 50 percent higher in industries that export and compete with imports. Reducing the trade deficit and moving workers into these industries would increase GDP.

Were the trade deficit cut in half, GDP would increase by nearly $300 billion, or about $2,000 for every working American. Workers' wages would not be lagging behind inflation, and ordinary working Americans would more easily find jobs paying good wages and offering decent benefits.

Manufacturers are particularly hard-hit by this subsidized competition. Since 2000 — through recession and recovery — the manufacturing sector has lost 3 million jobs. Following the pattern of past economic recoveries, the manufacturing sector should have regained about 2 million of these jobs, especially given the very strong productivity growth accomplished in durable goods and throughout manufacturing.

Longer-term, persistent U.S. trade deficits are a substantial drag on growth. U.S. import-competing and export industries spend three times the national average on industrial research and development, and encourage more investments in skills and education than other sectors. By shifting employment away from trade-competing industries, the trade deficit reduces U.S. investments in new methods and products, and skilled labor.

Cutting the trade deficit in half would boost U.S. GDP growth by 25 percent a year.

These effects of lost growth are cumulative. Thanks to the record trade deficits in recent years, the U.S. economy is about $1 trillion smaller than it would be without the deficits. This comes to nearly $7,000 per worker.

Had the Bush administration and Congress acted responsibly to reduce the trade deficit, American workers would be much better off, tax revenues would be much larger, and the federal budget deficit would be about half its current size.

Were the trade deficit cut in half, $2,000 for worker would be recouped, but the other $5,000 per worker in lost growth is essentially lost forever.

The damage grows larger each month, as politicians in Washington dally and ignore the corrosive consequences of the trade deficit.

*Peter Morici is a professor at the Robert H. Smith School of Business, University of Maryland, College Park. E-mail: pmorici@rhsmith.umd.edu*

## VIEWFINDER



JED KIRSCHBAUM [SUN PHOTOGRAPHER]

### Hatred on public display

BY JED KIRSCHBAUM
[SUN REPORTER]

Among newspaper photographers, covering funerals ranks high on the list of least-favorite assignments. Invariably, they say they would rather be somewhere else. At the heart of this discomfort are family feelings. Some want coverage — to affirm the importance of their loved one's life and see what was lost. Others want their privacy. Each situation is different. All are difficult.

When Westminster native Lance Cpl. Matthew A. Snyder was killed in Iraq, his family did not permit media on the church grounds for his funeral. From the road, I photographed members of the Patriot Guard Riders, motorcyclists who came to honor the Marine.

As I was leaving, I saw the small, organized demonstration by the Westboro Baptist Church of Topeka, Kan., which has made a name for itself by picketing more than 100 military funerals around the country, railing against gays and stating how they "know" God is punishing the United States.

Rarely is bigotry and hatred so overtly visible. A newspaper columnist from Pennsylvania kept saying, "Unbelievable." A wire service photographer asked, "Have you ever seen anything this sick in your life?" Later, a co-worker was incensed that I would photograph the demonstrators.

This photo did not run the day after the funeral. I had mixed feelings about that. I did not want to add to the Snyder family's sorrow, but I thought our readers should see it and draw their own conclusions.

Seeing this 13-year-old holding this sign made me think of a Ku Klux Klan rally I covered many years ago in Western Maryland. I still remember a 5-year-old boy dressed in sheets. He'd be in his 30s now. I wonder if he still wears sheets. Perhaps he is fighting radical fundamentalists in a country far, far away. Perhaps he has children of his own.

jed.kirschbaum@baltsun.com

## VOICES

### Nighttime thoughts of boys and beasts

BY TED KOOSER

This fine poem by Rodney Torreson of Grand Rapids, Mich., looks into the world of boys arriving at the edge of manhood and compares their natural wildness to that of dogs, with whom they feel a kinship.

"On A Moonstruck Gravel Road"

The sheep-killing dogs saunter home,
wool scraps in their teeth.
From the den of the moon
ancestral wolves

howl their approval.
The farm boys, asleep in their beds,
live the same wildness under their lids;
every morning they come back
through the whites of their eyes
to do their chores, their hands pausing
to pet the dog, to press
its ears back, over the skull,
to quiet that other world.

Ted Kooser is U.S. poet laureate. From "A Breathable Light," New Issues Poetry and Prose, 2002, and first published in Sou'wester. Copyright 2002 by Rodney Torreson and reprinted by permission of the author.

## BGE bombshell could become story of the year

**PAUL MOORE**
PUBLIC EDITOR

WHEN THE STORY OF BALTIMORE Gas and Electric Co.'s looming price increase broke, two numbers shocked its 1.2 million residential customers: a 72 percent annual rate increase that would add $743 a year to the average bill.

Maryland lawmakers intended deregulation as a means to generate competition and lower prices. Instead, when the five-year rate cap expires on July 1, deregulation will hit consumers like a ton of bricks.

Covering the many aspects of the BGE story — from the painful ramifications for those on fixed incomes, to possible General Assembly action, to the effect on BGE parent Constellation Energy's plans to merge with Florida Power & Light — may be The Sun's most important mission this year.

As reporter Paul Adams has described, the energy market is vastly different from what legislature and regulators envisioned when deregulation was approved in 1999.

The deregulation bill, sponsored by leading Democrats and supported by Gov. Parris N. Glendening, was approved when oil was cheap and natural gas prices were also low. Most believed that Maryland was too dependent on (then) more costly coal and nuclear power, and that the state needed access to cheaper electricity to stay competitive. Few then envisioned that oil would hit $60 a barrel and make coal and nuclear power look dirt cheap.

As Adams reported in his Feb. 20 front-page article about the first deregulated power auction — "Electric rate jolt coming" — the combination of events such as Hurricane Katrina and deregulation means profound changes for all BGE customers. Adams' article was the first to explain what was coming.

Readers have appreciated the newspaper's in-depth coverage.

"I want to thank The Baltimore Sun for its fantastic coverage of the BGE situation," said reader Christine Chisholm. "I can't name all the reporters individually, but I'd like every one of them to know that I appreciate their efforts."

From Brooke Mazurek: "Thanks for your reporting. I am only 16 years old and have no house of my own and have no electric bills to pay. ... For people who can barely afford to bring food home to their families, this $743 increase is going to tear them apart."

Not everyone praised The Sun's reporting. A March 12 front-page interview with Constellation Energy CEO Mayo A. Shattuck III brought this from reader Bill Metzger:

"You need to find out for all the BGE ratepayers the answer to the following question: How much money are Mayo Shattuck and all the vested VP's of Constellation Energy making off the FP&L deal? Ultimately, the BGE ratepayer is footing the bill."

In my view, the interview was an interesting dissection of business strategy but left many readers, such as Metzger, with the sense that Shattuck was not pressed hard enough about the anger and desperation many energy consumers feel.

Business columnist Jay Hancock's recent pieces have focused on how the consumer will be affected. A review of Hancock's columns shows that he raised questions as early as 2001 that are especially relevant today.

In an Oct. 3, 2001 column, "Lapse by Md. regulators means higher electric bills," Hancock questioned why each Maryland BGE consumer had begun paying an extra monthly charge of $4.60 — called a "stranded cost" — to compensate for what BGE and Constellation claimed was a major decline in the value of the Calvert Cliffs nuclear plant. The problem, as Hancock noted, was that nuclear plants were no longer a loss but a growing asset. Today, Calvert Cliffs is extremely profitable.

When the "stranded cost" payment expires July 1, it will have generated $528 million for Constellation from the same BGE ratepayers who had already footed the bill for building Calvert Cliffs.

Hancock's March 8 column brought readers up to date about Calvert Cliffs. "You know what happened. Re-licensed in 3000, unburdened by huge costs borne by today's oil and gas generators, Calvert Cliffs is worth a mint. There probably was no 'stranded cost.'"

In his March 12 column comparing BGE and Detroit Edison, Hancock shows how consumers in deregulated Michigan are paying a third less than BGE's customers will because regulators forced Detroit Edison to hold onto its own coal and nuclear generators — passing the low cost to ratepayers.

Hancock also wrote: "Maryland politicians tried to promote competition by making BGE shift ownership of its low-cost plants to someone else — in this case to its parent company, Constellation Energy. The result: The Constellation plants sell electricity to anybody for any price they can get, reaping nice profits in today's inflated market instead of passing savings from low production costs to BGE customers, as would have happened without deregulation."

The BGE/Constellation story will only get hotter as the summer heat envelops Baltimore.

*Paul Moore's column appears Sundays.*

### THE PUBLIC EDITOR

Readers who have concerns or comments may contact The Sun's public editor at 410-332-6364 or toll-free at 800-829-8000, ext. 6364; by fax at 410-783-2502; or by e-mail at publiceditor@baltsun.com.

Copyright © 2026 Newspapers.com. All Rights Reserved.