# Exhibit 39


www.coloradoan.com, The Coloradoan, Friday, March 17, 2006. **STATE, B3**

## House minority leader creates an ethics advisory panel, seeks change

By STEVEN K. PAULSON
The Associated Press

DENVER — Frustrated about a spate of ethics complaints, state lawmakers on Thursday appointed an ethics advisory panel to come up with ways to ensure allegations of wrongdoing against legislators won't be used as a political weapon.

House Minority Leader Mike May, a Republican from Parker who replaced Rep. Joe Stengel, R-Littleton, as minority leader after Stengel was accused of collecting per diem pay while on vacation, said the current process makes it too easy for outside agitators to abuse the process.

"The rules are stupid," May said. He said anyone can make a complaint that requires legislative leaders to meet to decide whether to send it to the House Ethics Committee, raising serious political questions that could damage careers and reputations.

May, House Speaker Andrew Romanoff, D-Denver, and House Majority Leader Alice Madden, D-Boulder, the three leaders required to decide whether to turn complaints over to the House Ethics Committee, said the current system leaves them with few options. They appointed five people to suggest ways to make the process less political. Their report is due in a month so lawmakers will have time to change the rules before the next session begins in January.

Romanoff said he believes the complaints could be reviewed by an independent commission that would decide whether to proceed with an investigation.

Former Loveland Republican Rep. Bill Kaufman, who was appointed to the advisory committee, said the current system is too political and open to abuse. He said three complaints filed this session, after eight years without any complaints, raises serious questions.

### LEGISLATURE 2006

"There are people on both sides who would use this to embarrass people politically. Where does this end?" he asked.

Under the current system, legislative leaders must decide whether to turn a complaint over to the Ethics Committee. The committee determines if there is probable cause to refer the case to the full House, or if it should be dismissed. If it the complaint does go to the full House and is upheld, a lawmaker can be expelled by a two-thirds majority, or censured or reprimanded by a simple majority.

On Tuesday, the House Ethics Committee met to review allegations against a lawmaker for the first time in eight years. At issue was a complaint against Stengel, who told the committee he did nothing illegal when he drew state pay on a Hawaiian vacation because he was doing state work, but he conceded he had shown "poor judgment."

Stengel, a Littleton Republican, stepped down as minority leader after the complaint was filed but retained his House seat.

The complaint was one of three filed against state lawmakers in the past month.

Sen. Deanna Hanna, D-Lakewood, resigned effective March 22, amid a scandal over her request for a campaign contribution as "reparations" from a group that supported her opponent would hurt her party's chances of keeping its majority.

Last week, House leaders dismissed an ethics complaint against state Rep. Angie Paccione, D-Fort Collins, saying there was no evidence she abused her office by offering prizes for contributions to her congressional campaign, including an introduction on the state House floor.

The complaint filed by constituents alleged that Paccione, a Democrat from Fort Collins, could have used her office to reward contributors. House leaders determined there was no evidence that occurred and no need to refer it to the Ethics Committee.

Stengel said he believes the complaints against him and Paccione were politically motivated.

### In other action

Highlights from the Legislature on Thursday.

■ The Senate voted 19-15 in favor of a smoking ban, House Bill 1175, that would make it illegal to smoke in bars and restaurants. Smoking would still be allowed in casinos. The measure now heads back to the House, which passed the same version of the ban earlier in the session.

■ The House approved and sent to the Senate on a 54-11 vote a plan, House Bill 1201, that would increase the amount of gambling funds that are allocated to the Colorado travel and tourism promotion fund. Some lawmakers objected to a portion of the plan allocating funds for arts programs, but Rep. Tom Plant, D-Nederland, said tourists who come to Colorado for the arts spend more than other tourists.

■ The House Finance Committee approved a measure, House Bill 1347, setting up a task force to help local law enforcement fight identity theft. It's one of several bills dealing with the issue, which has become a major problem statewide.



Gabriel Phelps-Roper, 10, and his sister, Grace Phelps-Roper, 13, both of Topeka, Kan., protest March 10 at the funeral of Marine Lance Cpl. Matthew A. Snyder at St. John Roman Catholic Church in Westminster, Md. Snyder, 20, of Westminster, was killed in a Humvee accident March 3 while serving in Iraq. The protesters say soldier deaths in Iraq are divine punishment for America's tolerance of homosexuals.

*Dylan Slagle/Carroll County Times*

## Lawmaker works up bill to limit demonstrations at soldier funerals

By The Associated Press

DENVER — A protest this weekend by members of the ultra-conservative Westboro Baptist Church has prompted a lawmaker to work up a proposal requiring demonstrators to stay at least 300 feet away from military funerals.

Rep. Michael Merrifield, D-Manitou Springs, on Wednesday said he will introduce the legislation that would also ban demonstrations 30 minutes before and after a funeral.

"It is appalling and disrespectful to the families of those who have made the ultimate sacrifice for our country to have the privacy of their funeral disrupted," Merrifield said. "This bill will attempt to protect freedom of speech and protect the rights of families."

Similar legislation has either

> 'This bill will attempt to protect freedom of speech and protect the rights of families.'
>
> Rep. Michael Merrifield, D-Manitou Springs

been passed or is under consideration in at least 17 other states, including Pennsylvania, Illinois, South Dakota, Kansas, Oklahoma, Indiana and Kentucky.

Lawmakers said Wednesday that federal legislation will be proposed soon.

Eighteen members of the Topeka, Kan.-based church led by Rev. Fred Phelps picketed at Saturday's service for Sgt. Gordon Misner, who died in Iraq after a roadside attack.

The group claims Misner and other soldier deaths in Iraq are divine punishment for America's tolerance of homosexuals.

"I think it was rude and disrespectful," Misner's widow, Christina, said. "He (Phelps) is entitled to his free speech, but he can do it somewhere else. If it wasn't for our soldiers, he wouldn't have the right to speak his mind."

More than 250 members of the Patriot Guard Riders, a motorcycle group comprised mostly of veterans, attended Misner's funeral to form a barrier between the protesters and the family.

what matters.

NOMINATE A
**VOLUNTEER** TODAY!
TO BE RECOGNIZED AT

**LARIMER COUNTY 2006**
**STATE OF THE COMMUNITY**

June 8, 2006 11:30 am
The Ranch, First National Bank Exhibition Hall

To nominate a volunteer, go to www.uwaylc.org
or Call 2-1-1 (or 970-407-7066)

Gold Sponsor: Agilent Technologies• Silver Sponsors: Bohemian Foundation• Centennial Benefits Group• Color Pro Printing• Fort Collins Coloradoan• Hewlett-Packard• Kroll Factual Data• Loveland Daily Reporter-Herald• McWhinney Enterprises• MediaTech Productions• Northern Colorado Business Report• Wells Fargo

community matters.

United Way

This advertisement has been donated by the Fort Collins Coloradoan

Presented by United Way of Larimer County

**8TH ANNUAL FOOD DRIVE**

Curves Food Drive

Join this Month
**FREE!**
Curves
Best Offer
of the Year!

If you haven't exercised in a while we can help you get started!

**Curves**

Curves a 30 minute fitness, common sense weight loss and all the support you need to achieve your goals.

Join Today
**$0**
Service Fee*

Bring a bag of nonperishable food items through March 31st to your local Curves and join with no service fee. All groceries will be donated to the Larimer County food bank.

**Call or stop in today!**
www.curves.com

Curves
1129 W. Elizabeth
416-0845

Curves
Harmony & Timberline
225-1900

Curves
Prospect & Timberline
225-0019

**SPIN THE WHEEL OF DISCOUNTS!**
**ALL LIGHTING**
**10-50% OFF***

(*Discount on regularly price items only. May not be combined with any other offer.)

Sale Ends Saturday, March 25th

#5840

REG.
**$42.95**

#1002

**SPIN & SAVE**

EVERYONE WHO SPINS **WINS**

REG.
**$21.95**

DECORATIVE LAMP

#PT3669

Member LIGHTING ONE
**THE LIGHTCENTER**

2725 South College • Fort Collins • 226-3430 • www.lightcenterinc.com
Hours Mon - Fri 8-6, Saturday 9-5

**ATTENTION SENIORS!**

**$59.99**
**Tax Preparation**
(Seniors 55 and over only)

**Tax time will soon be here!**

Choose
**BENCHMARK FINANCIAL**
to prepare your 2005 taxes and receive expert service while you save money!

**Extended**
Call before March 1 to schedule your tax preparation appointment and **SAVE $20.00** off our already low fee of $79.99.

**BENCHMARK FINANCIAL**

**970-484-5522**
Call today for an appointment

Copyright © 2026 Newspapers.com. All Rights Reserved.

Newspapers by Ancestry
https://www.newspapers.com/image/522346004/

# THE EVENING SUN
# LOCAL/REGION

Sunday, March 12, 2006

SECTION B

## Protest mars soldier's funeral

**■ Kansas-based church group brings message of hate to service for Marine Lance Cpl. Matthew A. Snyder.**

By MIKE ARGENTO
For The Evening Sun

Matthew A. Snyder was only 20 when he died. He was a U.S. Marine, a lance corporal, a member of a special brotherhood. He died while serving his country in Iraq. He was protecting a supply convoy on March 3 – dangerous duty that he volunteered for because "I'm a Marine" – when his Humvee overturned, killing him instantly.

His family said he loved life and sports and fishing and going to the beach. And he loved his family and being a Marine.

On Friday, they gathered to bury him. His friends and family – including his father, Albert L. Snyder, of Springettsbury Township – filed into St. John Catholic Church in West-



SNYDER

minster, Md., for the service. People he never even met – fellow Marines, fellow veterans, men and women who had preceded him in serving his country – came to pay their respects to the fallen soldier and to his family.

Outside the church, though, a different group showed up, uninvited. They were not paying honor or respect to Snyder and his family.

They were members of the Westboro Baptist Church, a congregation consisting mostly of the family of pastor Fred Phelps. The group has been traveling the country protest-

ing at soldiers' funerals; they say they have protested at about 100 of them. Several states, including Maryland, are considering laws to ban protests at funerals, legislation sparked by Phelps' protests.

The group arrived at the church Friday morning to protest. They were not protesting the war. The overriding theme of their protest was "God Hates Fags." The protesters – seven of them, including Phelps, his daughter and five of her 11 children, herded into a corral formed with orange temporary fencing – wore T-shirts proclaiming as such. They held signs that said the same thing and some others, such as "Fags Doom Nation," "Thank God For IEDs," "Thank God For Dead Soldiers," "Priests Rape Boys," "You're Going To Hell," "Thank God For 9/11" and "Semper Fi Fags," which was illustrated with stick figures performing an unnatural act.

*See FUNERAL, Page B-2*

A motorcyclist rides past protesters representing the Westboro Baptist Church of Topeka, Kan., outside the funeral of Marine Lance Cpl. Matthew A. Snyder at St. John Roman Catholic Church in Westminster, Md., Friday. A number of motorcyclists, some from the Patriot Guard Riders, rode to Snyder's funeral to show support for his family.

AP Photo

### BRIEFLY

**Kindergarten registration set**

The Hanover Public School District will hold kindergarten registration from 8:30 a.m. to 3 p.m. Friday, March 24, at each elementary school.

Registration will be for all beginning kindergartners who will attend the Hanover Public School District in the 2006-2007 school year and first graders new to the school district.

Students currently attending kindergarten classes in the Hanover Public School District need not register for first grade. Students entering kindergarten must be 5 years old before Sept. 15, 2006.

Registration will be done by appointment. Parents are asked to call the school your child will attend for a registration appointment: 637-9000, extension 100 for Clearview Elementary; extension 125 for Hanover Street Elementary, and extension 150 for Washington Elementary.

Parents must present the child's birth certificate, notarized statement, or baptismal certificate showing the date of birth. The Social Security Card must also be presented. Parents are also required to bring the child's immunization record, as well as proof of residency (a utility bill addressed to you at your current address). No registration will be taken without the documents listed above. All children being registered for kindergarten should attend the pre-school screening on registration day.

**HACC to hold financial aid night**

If you thought applying for college could be scary, just wait until you get to the financial aid application.

"Fear is one most influential factors in applying for financial aid," said Rob Ritz, Harrisburg Area Community College director of financial aid. "We enjoy providing good, free information to families. It is important to be informed. This takes the fear out of the process."

HACC offers a way of making the financial aid process more understandable with a Financial Aid Night, "How to Pay for College" workshop Tuesday, March 14, from 6 to 7:30 p.m. at each of HACC's campuses in Harrisburg, Gettysburg, Lancaster, Lebanon and the center in York.

At the Gettysburg Campus, the workshop location is the Community Room, room 109.

At the Harrisburg Campus, the workshop will be held in the Wildwood Conference Center, rooms 160-162.

The free workshops to educate students and their families on the financial aid process are open to anyone concerned about meeting the costs of post-secondary education. They are not limited to those attending HACC.

Financial aid is available to those who qualify. Information about the financial aid workshops may be obtained by calling (717) 780-2330 or toll free at (800) 222-4222, ext. 2330.

**Tutor training to be held in York**

The York County Literacy Council trains volunteers to become literacy tutors for adult reading and English as a second language students. Students in Dover, Red Lion, York and Hanover are seeking tutors.

The next training course will be held 6 to 9 p.m. Wednesdays and Thursdays April 5, 6, 12, 13, 19 and 20, at the United Way Community Room, 800 E. King St., York.

Tutors must hold a high school diploma or equivalent, exhibit sensitivity, patience and reliability, and attend the course, pending a preliminary interview.

Upon completion of the course, tutors will be certified as ProLiteracy America volunteers.

Registration for this course will be accepted until April 3 via telephone or e-mail volunteers@yorkliteracy.org.

For more information, call 845-8719.

### ANIMAL TALE



Evening Sun Photo by Dick Bloom

Local actor George Matthews tells the story of "Peter & the Wolf" at the Reader's Cafe in Hanover Saturday morning to a group of children as he has them make various animal sounds for the tale. Carolyn McGough, 8, makes the sound of a cat for the story. The Hanover Symphony Orchestra will perform "Peter & the Wolf" at 3 p.m., Sunday, March 26, at South Western High School. Matthews will narrate the performance. For more information call 633-6720.

## Local veterans lobby for benefits

**■ Medical coverage for vets with disabilities is among their priorities.**

By PAULO WINTERSTEIN
Medill News Service

Dozens of veterans from southcentral Pennsylvania donned their caps and headed to Capitol Hill last week to lobby their congressmen for more ample health care and retirement benefits.

Rep. Todd Platts, R-York County, was one of the four representatives and two senators who met with the supportive crowd March 8 to discuss the Veterans of Foreign Wars defense and legislative goals for 2006.

For Lonnie Frampton, of VFW Post 477 in Carlisle, and many of his fellow vets, the central issue is convincing the

government to pick up more of their health care tab.

Frampton, 69, wants to end federal deductions of veterans' retirement benefits to pay for VA medical treatment.

Purple Heart recipients and veterans deemed unemployable because of their disabilities do not have to pay for their medical treatment, according to retired Col. Lee Lange of the Military Officers Association of America.

But, Lange said, veterans with a disability rating lower than 50 percent have their retirement benefits discounted on a dollar-for-dollar basis for their medical treatment.

Congress last year passed a law that returned some of that money to eligible veterans but did not cover all disabled veterans.

"Our organization's goal is that we ought to restore retirement pay to every-

one who is disabled ... even down to 10 percent (disability)," Lange said. "Congress didn't see it that way because of the cost."

Frampton insisted that all disabled veterans should receive medical attention without losing any retirement pay.

"I think what grates most retirees that have a disability," Frampton said in an interview, "is they're taking this (money) from you and then turning around and giving it back to you. But they're not calling it your retirement pay, they're calling it VA compensation – where in essence the VA hasn't compensated you anything."

Veterans also discussed proposed user fee increases in the health care system for military personnel and their families. The increases were included in President Bush's proposed budget, but Platts said it was unlikely Congress would agree.

## New signal in Jackson Twp.

By SEAN HILLIARD
Evening Sun Reporter

Contractors are waiting for warmer, clearer weather to turn on a traffic signal along Route 116 at Biesecker Road.

A light at the Jackson Township intersection is now hanging in place, but workers first need to place pavement markings at the intersection before the signal is in service. The light is currently "bagged" or under tarps, said Greg Penny, PennDOT spokesman.

The signal came in response to the construction of Jackson Heights, a 500-home housing development that straddles Route 116, west of Biesecker Road.

A second light is expected at the entrance to the development, just west of Mamma's Pizza, 1221 Hanover Road, said township manager William Conn. The township has yet to determine when that light will be installed.

Once pavement markings are in place at the intersection with Biesecker Road, the light will flash for five to seven days.

Jackson Heights – a develop-

**Traffic light**

A traffic signal will soon be in service at the intersection of Route 116 and Biesecker Road in Jackson Township.

The Evening Sun – Eric Hunt

ment of townhouses, condominiums and single-family homes – is expected to be built over the next five years.

*Contact Sean Hilliard at shilliard@eveningsun.com.*

## Elite 40 & 8 group to meet in Gettysburg

**■ Gettysburg native George Burkett is state leader of the veteran's organization**

By MEG BERNHARDT
Evening Sun Reporter

An elite group of veterans is meeting in Gettysburg next weekend to honor George Burkett, the state leader of the 40 & 8.

Burkett, a Gettysburg native, became Grand Chef de Gare (commander) of the Pennsylvania chapter of the group last August. His term lasts a year.

The 40 & 8 is a national group of select men and women who also belong to the American Legion. In Pennsylvania, about 3,000 veterans are members of the organization, Burkett estimated.

"It's primarily made up of current or past officers or very active members within the American Legion," Burkett said. He said the group, which can be joined by invitation only, is an honor society for active veterans.

The name refers to World War I box cars in France. The numbers "40" and "8" were printed on the side of each car because the cars could hold

*See 40 & 8, Page B-2*

## Whitney continues to appeal sentences

**■ Conviction stems from a shoot-out in Adams County in 1997.**

By CHRISTINA KRISTOFIC
Evening Sun Reporter

He's not giving up.

It's been eight years since Ricky Dean Whitney, 48, was convicted of charges relating to a shoot-out he had with police at his Highland Township home. He was sentenced to 30 to 72 years in prison.

Whitney continues to appeal the convictions and his sentences.

His most recent appeal, filed in January by his attorney, Steve Rice, claims his previous attorneys provided ineffective legal counsel for various reasons and requests a new trial or sentence. Whitney is scheduled to have a pre-hearing conference on the appeal Monday.

Whitney was charged in July 1997. Police responded to a call from Cindy Burnsteel-Whitney, of 2360 Fairfield Road, at 9 p.m. July 3, 1997, requesting assistance getting her keys back after a dispute with her husband.

Ricky Whitney and police shot at each other throughout the night, and the shoot-out ended at about 2 a.m. when Trooper Gregory Hall, a trained sharpshooter, shot Whitney in the hip.

During the standoff, Whitney's house also burned to the ground. Police said Whitney set the fire.

**Timeline of the case.**
Page B-2

Whitney went to trial in August 1998, facing a long list of charges, including attempted criminal homicide, aggravated assault, simple assault, reckless endangerment, criminal mischief, propulsion of missiles into an occupied vehicle and arson. He was convicted of most of the charges.

Represented by six different attorneys over the last eight years, Whitney has filed various appeals requesting relief from some of his sentences and permission to make appeals to higher courts.

In his latest appeal, he makes nine different claims that his attorneys were ineffective.

"We think there is arguable merit to each of those claims," Rice said.

One of the "most interesting" claims, Rice said, asserts that Whitney's pre-trial and trial attorneys were ineffective in failing to interview and call an eyewitness to appear in trial. Rice said post-trial attorneys were ineffective for failing to make appeals about the ineffectiveness of previous attorneys.

"John Brown was a complainant in this case – someone who was never interviewed, someone who was an eyewitness," Rice said.

"He wasn't up close and personal, but he was on neighboring property. He heard the bullhorn. He heard the police. He heard Ricky Whitney."

Rice said he has personally interviewed Brown and that the man still remembers the events of July 3, 1997.

"It's our position that Mr. Brown had been available, willing to testify at trial that not Whitney, but the police had escalated this situation and had been provoking him – which, of course, is a 180 from the way things were presented at trial," Rice said.

Rice said Whitney's pre-trial and trial attorneys were ineffective because they did not obtain Whitney's medical records or have him evaluated by a psychiatrist, and then use that information as evidence at trial. Rice said post-trial attorneys should have made appeals regarding the ineffectiveness of their predecessors.

"We have physical evidence that he had *See WHITNEY, Page B-2*

Copyright © 2026 Newspapers.com. All Rights Reserved.

Newspapers™
by Ancestry
https://www.newspapers.com/image/115878069/

---

**16** THURSDAY, MARCH 23, 2006

# MARYLAND

THE STAR DEMOCRAT

## STATE BRIEFS

### Towel on lamp blamed for fire that killed tot

BLADENSBURG (AP) — A towel left atop a bedroom lamp ignited the apartment fire that killed a toddler, investigators said Wednesday.

Nineteen-month-old Jeovanny Rodriguez died in the burning home Tuesday afternoon. Prince George's County Fire/EMS Department authorities said the apartment's smoke detector was destroyed in the blaze, so they are unsure whether it sounded. Department officials labeled the cause of the fire accidental.

The toddler's mother and older brother made it out of the burning third floor apartment but suffered smoke inhalation. Two neighbors sustained minor injuries. Damage was estimated at $30,000.

County firefighters returned to the area Wednesday, testing smoke detectors and giving out the devices to those in need.

### Prosecutor to seek death penalty in shooting of guard

HAGERSTOWN (AP) — Prosecutors plan to seek the death penalty for an inmate accused of killing a prison guard at a hospital in January, according to court papers filed Wednesday. Brandon T. Morris, 20, is accused of shooting Roxbury Correctional Institution Officer Jeffery A. Wroten in the face Jan. 26 at Washington County Hospital in Hagerstown.

Washington County State's Attorney Charles P. Strong Jr. filed documents Wednesday in court that gave notice of his intent to seek the death penalty. The (Baltimore) Sun reported on its Web site. The papers said the death penalty applies because Morris "committed the murder in furtherance of an escape" and because of other aggravating circumstances.

Wroten, 44, had been guarding Morris, who was being treated for a sewing needle jammed in his abdomen. Authorities have said they believe the injury that brought Morris to the hospital for treatment was self-inflicted.

In an earlier filing this week by Strong, authorities said they still don't know how Morris got free of his restraints, knocked Wroten to the ground and took his weapon. Authorities say Morris shot Wroten as he begged for his life. Morris escaped in a taxi that he allegedly carjacked but was captured less than an hour later. Wroten, of Martinsburg, W.Va., died the next day.

Morris was serving an eight-year sentence at Roxbury in Hagerstown for assault, robbery and handgun convictions in Baltimore.

He has pleaded innocent to the 36 counts he faces in Wroten's death, including first-degree murder. His trial is scheduled to begin July 31.

### Lawmakers: BGE willing to limit rate hikes

BALTIMORE (AP) — Baltimore Gas & Electric is willing to limit electricity rate hikes of 72 percent this summer to between 5 percent and 20 percent in order to keep its multibillion dollar merger with a Florida utility on track, a state lawmaker said.

"BGE executives have come to the conclusion — fighting all the way — that this is what they have to do," Delegate Patrick L. McDonough, Baltimore County Republican, told The Washington Times.

BGE also has agreed to a refund or partial customer credit of the $500 million subsidy the utility recieved as part of a 1999 deregulation deal, McDonough said.

BGE met with state lenders on Monday. After the meetings, Senate President Thomas V. Mike Miller said the utility was offering significant concessions, but did not discuss details. Gov. Robert Ehrlich also did not disclose any details.

The $500 million subsidy was intended to pay for so-called 'stranded costs,' such as the expected devaluation of the Calvert Cliffs nuclear plant, which has instead increased in value.

Another proposal being discussed is a phase-in of the increase over an eight-year period. Under that proposal, BGE would provide $150 million to help customers, particularly low-income households, legislative leaders said.



AP PHOTO

Gabriel Phelps-Roper, 10, and his sister Grace Phelps-Roper, 13, both of Topeka, Kan., protest March 10 at the funeral of Marine Lance Cpl. Matthew A. Snyder in Westminster. The Maryland House voted Wednesday to ban funeral protests that use speech likely to incite a fight despite concerns from some that it could weaken free speech. Congress and more than a dozen states are considering similar bills in response to protests by the Westboro Baptist Church of Topeka, Kan., whose members believe that American soldiers are dying because of the nation's tolerance of gay people.

## Funeral protest ban OK'd

By KRISTEN WYATT
Associated Press Writer

ANNAPOLIS (AP) — Alarmed by protesters who hold up signs such as "Thank God For Dead Soldiers" at military funerals, the Maryland House voted Wednesday to ban funeral protests that use speech likely to incite a fight.

The bill passed 132-3, despite concerns from some that it could weaken free speech. Congress and more than a dozen states are considering similar bills in response to protests by the Westboro Baptist Church of Topeka, Kan., whose members believe that American soldiers are dying because of the nation's tolerance of gay people.

Earlier this month, the Westminster funeral of Lance Cpl. Matthew Snyder was picketed by seven members of the church. Similar protests across the country have made lawmakers re-examine the limits of free speech. Protesters use anti-gay epithets and have inspired large counter-demonstrations.

"This bill seems to be having so much momentum right now," said Democratic Delegate Mary-Dulany James, who sponsored the measure.

James said the only opposition came from the Maryland ACLU, which raised free speech concerns. The bill was amended to take out time restrictions, so that it now reads that a person may not say something to a funeral attendee "likely to incite or produce an imminent breach of the peace" within 300 feet of a funeral or a funeral procession. Violations would be misdemeanors,

punishable by up to 90 days in jail or a $1,000 fine.

Just three lawmakers, all Democrats, said the bill's amendments didn't satisfy their concern that free speech would be hampered.

"Any time you start infringing on the speech rights, I have a problem with that," said Delegate Nathaniel Oaks of Baltimore.

Another "no" voter, Delegate Jill Carter of Baltimore, said the Westboro protests are "very offensive," but that she didn't want to vote to limit speech. She also questioned whether picketers saying they're glad a soldier is dead is as dangerous as shouting "fire!" in a crowded theater and should therefore be limited.

"I don't know that this rises to that level," Carter said.

The state attorney general has advised that the bill is constitutional, said Delegate Sandy Rosenberg, D-Baltimore, who voted for the protest limits.

In a telephone interview Wednesday, Westboro church member Shirley Phelps-Roper said the church is considering challenging such laws in court. She said the bans are catching on because people don't want to hear "tidings of evil" church members believe are coming from God.

"People will not endure sound doctrine," she said. She added that Westboro members will obey laws that are passed.

On the Net:

Read House Bill 850: http://mlis.state.md.us/2006rs/billfile/HB08 50.htm

## Baltimore City Council head: probe an attempt to 'destroy my character'

By BRIAN WITTE
Associated Press Writer

BALTIMORE (AP) — Baltimore City Council President Sheila Dixon said Wednesday a state investigation into her involvement with city money that went to companies employing her sister and her former campaign chairman stems from an attempt to discredit her politically.

"In my heart, I did nothing intentional in any of this," Dixon said after a regularly scheduled meeting at City Hall. "This has legs on it that's trying to destroy my character. I would never do anything to the citizens of Baltimore, as hard as I work."

Dixon declined a request to elaborate on her comments a short time after she made them.

City Solicitor Ralph Tyler confirmed Wednesday that the city has received six subpoenas from the office of the state prosecutor. Three of them were received March 16, seeking documents involving Union Technologies, which employs Dixon's sister Janice. Tyler also said three other subpoenas the city has received relate to contracts with Dale Clark, Dixon's former campaign chairman who owns Ultimate Network Integration.

The probe by the state prosecutor's office has extra significance during a political year in which Mayor Martin O'Malley is running for governor. If O'Malley were to win the election in November, the city council president would finish out his term as mayor.

The (Baltimore) Sun first reported last month that Dixon might have breached city ethics law by not disclosing her sister's employment with Union Technologies, which is also known as Utech. The company was once a minority subcontractor for

Comcast cable television under its city cable franchise. Dixon has participated in hearings and votes involving Utech.

The newspaper also has reported that Clark's company was paid about $600,000 over six years to manage the city council's computer network, since Dixon became city council president in 1999.

Jim Gordon, a spokesman for Comcast, said the company received a subpoena from the state prosecutor's office on Friday relating to Utech.

The state prosecutor's office also has sent a subpoena to Early Morning Software, of Baltimore, said Cecil Robinson, a software manager for the company. Robinson said the company has done work for the city since 1994, but the subpoena asked for details about work since 1999, including any internal or external mail relating to company contracts with the city.

"We're still gathering that information," Robinson said. "It'll probably take us another two or three days."

In May 2005, Early Morning Software won a bid to do the work that Clark was involved with. It was one of several companies that tried to bid on the contract. Robinson said the company started doing the work in August, but the contract was terminated in December.

"It's just city politics," he said, when asked to explain why he thought the contract was terminated.

Tyler said the city was "fully cooperating" with the investigation.

"What we're going to do is we're going to comply with the requests and produce the documents," Tyler said after Wednesday's meeting.

State Prosecutor Robert Rohrbaugh declined to comment Wednesday.

# Scientists look for Bay crater

By A.J. HOSTETLER
Richmond Times-Dispatch

RESTON, VA. (AP) — In a former federal printing plant, Belgium geologist Philippe Claeys hovered over the tables of rocks, some 600 million years old, hoping to find traces of an asteroid.

Claeys was among dozens of scientists from around the globe descending on the U.S. Geological Survey this week to select samples of a 1.1-mile-long core, much of it granite, unearthed last fall from the ancient crater under the Chesapeake Bay.

He and about two dozen other scientists from Finland, Austria, Germany, Estonia and elsewhere strolled Monday through the one-time printing plant filled with open boxes of cores. In an atmosphere of a silent auction, they wrote their names on slips of clear Mylar and tacked them beside the desired rocks for project officials to sort through and distribute later.

They were drawn to the USGS headquarters by the remains of what geologists say was a fiery, 2-mile-wide space rock that blasted into coastal Virginia more than 35 million years ago, carving a hole that quickly filled with tons of water, rubble and debris.

"The only thing you could do to simulate the conditions of the impact is a nuclear blast," said Greg Gohn, the USGS project leader.

Claeys, from the Free University of Brussels, wants to identify the cause of the crater without setting off a nuclear explosion. He suspects that the Bay was a bystander to a major collision in the asteroid belt between Mars and Jupiter.

Debris from that collision, he says, might have bombarded the Earth not just in the Chesapeake Bay, but in Siberia, Canada and possibly other sites where craters from about the same time frame have been found.

"What we have so far is pointing to an asteroid," he said.

He plans to study the ratio of platinum-related elements, a telltale sign of a meteorite, in the Virginia cores. Comparing that with the ratio found in other craters of the same age could nail the culprit here in Virginia.

"Something that happens in the asteroid belt, between Mars and Jupiter, can, in a short geologic time frame ... send a whole bunch of large projectiles towards Earth," he said. "That's a little bit scary. We don't know when that's going to happen again."

Two of the crater project's principal investigators, Uwe Reimold of Germany's Humboldt University and Christian Koeberl of the University of Vienna, worked side by side, conferring over the samples. Moving slowly from table to table, they scrutinized the mostly gray and tan rock for samples to investigate the physical processes involved in creating impact craters and how the rock was altered chemically.

Koeberl said he was convinced that new data from a much younger and well-preserved crater in Ghana would help them interpret the crater centered on Virginia's Eastern Shore.

They left a long trail of Mylar slips. Each scientist was limited to 150 requests.

Both assisted in the drilling last fall, which ran nearly continuously in Northampton County near Cheriton for almost three months to remove 5,796 feet of cores.

The USGS paired with the International Continental Scientific Drilling Program and NASA on the nearly $1.5 million project to dig into the basement of the 53-mile-wide crater. The crater's epicenter is Cape Charles. Scientists expect the cores to reveal more about the effects the prehistoric impact had on the region's geology and water supply and to help better estimate the space rock's speed, size and energy as it slammed into the seabed. Other scientists will study samples of ancient water found in the cores that had been trapped in the crater's depths by the impact's aftermath.

The crater is the largest of its kind in the U.S. and the seventh largest in the world. It is 1,000 feet beneath the lower part of the Bay, surrounding peninsulas and the intercontinental shelf of the Atlantic Ocean.

The USGS plans to return this spring to the drill site to core the top 412 feet to complete the record.

## Judge allows use of photo IDs in shooting rampage

SALISBURY (AP) — A Wicomico County Circuit judge on Wednesday denied a motion to suppress photo lineup evidence in the case of a Delaware man who allegedly went on an hour-long shooting rampage that left two dead and four wounded.

Alison Lamont Norman is scheduled to go on trial next month on charges related to the April 2005 shooting spree that began in Laurel, Del. and ended 13 miles away in Salisbury, Md.

His lawyers had sought to suppress witness identifications on the grounds that the photo lineup was arranged in such a way as to increase the chances that witnesses would select Norman as the suspect.

"(Norman's photo) is always number 2 (in the array) and has a different background than the rest," argued attorney Jim Murray, according to an account of the hearing in The (Salisbury) Daily Times.

But Judge Donald Davis ruled the witness identifications could be used after prosecutors argued that the photos were similar enough.

Authorities are still trying to pinpoint a motive for the shooting spree, which began with the fatal shooting of Jamell Weston, 24, at an apartment complex in Laurel and the wounding of his 18-year-old cousin.

The trail of violence ended in Salisbury with the fatal shooting of DaVondale Peters, 28, during an attempted carjacking, police say.

Norman, a convicted felon with a long criminal history, was wearing a bulletproof vest and carrying a 9mm handgun and an empty magazine when he was captured by sheriff's deputies, police said.

---

COROLLA, NC VACATIONS

Call us today for your 2006 Destination Guide!

Vacation on the Outer Banks of North Carolina!
Oceanfront to Soundfront
2 to 10 Bedroom Vacation Homes
Private Pools and Hot Tubs, Pets Welcome!
Wonderful Beaches!

Brindley Beach
VACATIONS & SALES

Book online at www.brindleybeach.com
1-877-642-3224
It's all about you at Brindley Beach!



Thursday Night
8 oz. Prime Rib
$9.99
13 oz. Prime
Rib $12.99

12 choices of $11.99
Dinners for Everyone
Call for reservations

The Bridge RESTAURANT
Tilghman Island - 410-886-2330 - Open Thurs.-Sun.



RETAIL SALESPERSON OF THE MONTH

Congratulations

Konrad La Prade
February 2006

Chesapeake Publishing Corporation

CASE 0:26-cr-00025-LMP-DLM     Doc. 595-39     Filed 08/06/26     Page 5 of 5

York Daily Record (York, Pennsylvania) · Sat, Mar 11, 2006 · Page 1
Downloaded on Mar 17, 2026

Newspapers
by Ancestry
https://www.newspapers.com/image/554606452/



Copyright © 2026 Newspapers.com. All Rights Reserved.