**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>[8] Georgia Ellyse Fort,<br><br>　　　　　　Defendant. | Case No. 26-cr-00025-LMP-DLM<br><br>**MEET AND CONFER STATEMENT REGARDING DEFENDANT GEORGIA ELLYSE FORT'S PRETRIAL MOTIONS** |

Pursuant to Local Rule 12.1(b) and the Court's Amended Pretrial Scheduling and Case Management Order, ECF 573, Georgia Ellyse Fort respectfully submits the following meet and confer statement regarding her Motions to Dismiss the Superseding Indictment under the First Amendment (Fort Motion No. 1), for Failure to State an Offense (Fort Motion No. 2), and for Vindictive Prosecution (Fort Motion No. 3), and Motions for Discovery and Inspection, Early Disclosure of Jencks Act Material, Discovery of Expert Under Rule 16(a)(1)(G), Disclosure of Rule 404(b) Evidence, Disclosure of Post-Conspiracy Statements, and to Compel the Government to Produce Favorable Evidence.

Matthew S. Ebert, Isabella Salomão Nascimento, Seth Berlin, and Kevin Riach, on behalf of Fort, conferred about the above-listed motions by video conference with Neville Hedley and John Arboleda, on behalf of the government, on July 30, 2026, at 1:00 p.m. Counsel for the government indicated that they oppose the Motions to Dismiss and all of the relief Fort requests in them. Counsel for the government took no position on Fort's non-dispositive pretrial motions.

Counsel for Fort indicated that she reserves the right to file additional motions on or before August 31, 2026, or within a reasonable time that the basis for any such motions becomes apparent, and would meet and confer with the government about any other motions prior to filing them.

Dated:  August 6, 2026                    Respectfully submitted,

By:  *s/ Isabella Salomão Nascimento*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*

2