## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Georgia Ellyse Fort (8),
Michael Walker Beute (12),

Defendants.

No. 26-cr-25 (LMP/DLM)

**ORDER**

On July 24, 2026, this Court held a hearing on Defendants Georgia Fort and Michael Beute's Motion for Immediate Disclosure of Grand Jury Transcripts. (Docs. 528 (Ms. Fort's Motion), 534 (Order granting Mr. Beute's Motion for Joinder), 539 (Government Response), 542 (Ms. Fort's Reply to Government Response), 544 (Ms. Fort's Notice of Supplemental Authority),[1] 576 (Hearing Minutes), 583 (Hearing Transcript, hereinafter cited as "Tr.").) At the conclusion of that hearing, this Court ordered the government to disclose transcripts of Grand Jury witness testimony and documents related to Ms. Fort and Mr. Beute. (Tr. at 38-43.) The Court limited the disclosure to an *in camera* review, finding that such a restriction appropriately balanced the competing interests weighed when a court considers a request for disclosure of grand jury materials. *See* Fed. R. Crim. P. 6(e)(3)(E); *United States v. McDougal*, 559 F.3d 837, 840-41 (8th Cir. 2009).

---

[1] The Local Rules of this Court do not contemplate reply or "notice" briefing of pretrial matters. *See* D. Minn. LR 12.1. Ms. Fort is cautioned that failure to seek the Court's leave for future submissions that this Court's Local Rules do not contemplate may result in those submissions being stricken and not considered.

1

On July 29, 2026, the government provided the Court with Grand Jury materials as Ordered. (Doc. 586.) The undersigned has conducted its *in camera* review of those materials and concludes that no further action—and no further disclosure—is necessary at this time.

**SO ORDERED**.

DATED: August 7, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge