UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 LMP/DLM

UNITED STATES OF AMERICA
plaintiff,

v.

LEVY-ARMSTRONG ET AL,
defendants.

**NOTICE OF WITHDRAWAL**

Please remove the following Attorney in the above-captioned case:

Remove

Kristian S. Weir

Dated: August 19, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Kristian S. Weir*

BY:

KRISTIAN S. WEIR
Criminal Chief
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 396771
kristian.weir@usdoj.gov
612-664-5600