# Exhibit B

**From:** Berlin, Seth D. <BerlinS@ballardspahr.com>
**Sent:** Saturday, August 15, 2026 2:07 PM
**To:** Hedley, Neville (CRT)
**Cc:** Walker, Leita; Salomao Nascimento, Isabella; McGee, Kelsey (CRT); Arboleda, John (CRT); Ebert, Matthew; Berlin, Seth D.
**Subject:** RE: T-Mobile summonses

Thanks, Ned.  Very much appreciate your clarification, and your willingness to have the government refrain from examining the materials while the Court adjudicates the question.

Seth


**Seth D. Berlin**
He/Him/His

**O** 202.508.1122 | **F** 202.661.2299 | VCARD
berlins@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**


---

**From:** Hedley, Neville (CRT) <Neville.Hedley@usdoj.gov>
**Sent:** Saturday, August 15, 2026 1:54 PM
**To:** Berlin, Seth D. <BerlinS@ballardspahr.com>
**Cc:** Walker, Leita <WalkerL@ballardspahr.com>; Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>; McGee, Kelsey (CRT) <Kelsey.McGee@usdoj.gov>; Arboleda, John (CRT) <John.Arboleda@usdoj.gov>; Ebert, Matthew <ebertm@ballardspahr.com>; Berlin, Seth D. <BerlinS@ballardspahr.com>
**Subject:** Re: T-Mobile summonses

⚠ **EXTERNAL**
Seth,
Your understanding is correct. The material has been sequestered and is not being examined. If that changes, we'll give appropriately timely notice.


**Neville (Ned) Hedley | Acting Senior Litigation Counsel**
Civil Rights Division Criminal Section
U.S. Department of Justice
neville.hedley@usdoj.gov
202-297-3424


---

**From:** Berlin, Seth D. <BerlinS@ballardspahr.com>
**Sent:** Saturday, 15 August 2026 12:43:49

**To:** Hedley, Neville (CRT) <Neville.Hedley@usdoj.gov>
**Cc:** Walker, Leita <WalkerL@ballardspahr.com>; Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>; McGee, Kelsey (CRT) <Kelsey.McGee@usdoj.gov>; Arboleda, John (CRT) <John.Arboleda@usdoj.gov>; Ebert, Matthew <ebertm@ballardspahr.com>; Berlin, Seth D. <BerlinS@ballardspahr.com>
**Subject:** [EXTERNAL] RE: T-Mobile summonses

Ned,

My understanding of our email thread below is that the government will keep the call and text logs sequestered and will not review them until our forthcoming motion is adjudicated, absent reasonable advance notice to us. Please let me know if I have that right (it bears on whether we seek expedited briefing, hearing, and relief from the Court, which our sequestering proposal from our call was designed to avoid). Thank you.

Seth


Ballard Spahr LLP

**Seth D. Berlin**
He/Him/His

**O** 202.508.1122 | **F** 202.661.2299 | VCARD
berlins@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**


---

**From:** Hedley, Neville (CRT) <Neville.Hedley@usdoj.gov>
**Sent:** Friday, August 14, 2026 11:29 AM
**To:** Berlin, Seth D. <BerlinS@ballardspahr.com>
**Cc:** Walker, Leita <WalkerL@ballardspahr.com>; Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>; McGee, Kelsey (CRT) <Kelsey.McGee@usdoj.gov>; Arboleda, John (CRT) <John.Arboleda@usdoj.gov>; Ebert, Matthew <ebertm@ballardspahr.com>
**Subject:** RE: T-Mobile summonses

⚠ **EXTERNAL**

Seth,
We'll be on the lookout for your filing. Have a nice weekend.


**Neville (Ned) Hedley | Acting Senior Litigation Counsel**
Civil Rights Division Criminal Section
U.S. Department of Justice
neville.hedley@usdoj.gov
202-297-3424


---

**From:** Berlin, Seth D. <BerlinS@ballardspahr.com>
**Sent:** Thursday, August 13, 2026 6:52 PM
**To:** Hedley, Neville (CRT) <Neville.Hedley@usdoj.gov>

**Cc:** Walker, Leita <WalkerL@ballardspahr.com>; Salomao Nascimento, Isabella <salomaonascimentoi@ballardspahr.com>; McGee, Kelsey (CRT) <Kelsey.McGee@usdoj.gov>; Arboleda, John (CRT) <John.Arboleda@usdoj.gov>; Ebert, Matthew <ebertm@ballardspahr.com>; Berlin, Seth D. <BerlinS@ballardspahr.com>
**Subject:** [EXTERNAL] Re: T-Mobile summonses

Ned,

Thank you for your email and apologies for the slight delay in responding as I have been on the road.

While we strongly disagree with your assessment of the government's conduct, including in obtaining our client's call and text logs, we have given careful consideration to what you said during our meet and confer. Based on that, we will plan to seek the court's intervention to direct either the return or impoundment of the logs, but, so long as the materials remain sequestered and unreviewed until that motion is adjudicated, we will not also seek to hold the government in contempt. Which is to say that our primary objective is securing the return of the logs, not on ascribing blame (or for that matter suppression, precluding the use of the logs at trial).

We hope that the government will find this approach more acceptable. If so, I would appreciate your confirming that the government will keep the logs sequestered and will not review them until our forthcoming motion is adjudicated. When I am back in the office on Monday I will turn to getting the motion on file.

Seth


Ballard Spahr LLP

**SETH D. BERLIN**
He/Him/His

**O** 202.508.1122 | **F** 202.661.2299 | VCARD
berlins@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**


On Aug 10, 2026, at 10:18 AM, Hedley, Neville (CRT) <Neville.Hedley@usdoj.gov> wrote:

⚠ **EXTERNAL**
Counsel,

As discussed during Friday's meet and confer, the United States has instructed its investigative team to maintain the data obtained from the T-Mobile summonses in segregated storage. While the analysts have processed and organized the data, investigative personnel have not yet reviewed it and will not do so for the time being.

The data will remain segregated pending your decision regarding your intent to pursue the motion outlined in your August 5, 2026 letter, or any other action regarding these summonses.

The United States maintains its position that it is under no legal obligation to do this as a matter of law or fact, as outlined in our phone call on Friday. The United States firmly maintains there is no violation of the PPA or any order of the court in this matter. This should not be taken as a concession to that end in any form and to allege otherwise would be a misrepresentation. Rather, this is merely a good faith action in the spirit of collegiality.

The United States will not hold this data separately indefinitely. Depending on your chosen course of action, this could result in continued segregated storage or immediate review of this data. In that event, the United States will give the Fort legal team notice of our intent to review the data.

Please advise promptly on your course of action so we can proceed accordingly.

**Neville (Ned) Hedley | Acting Senior Litigation Counsel**
Civil Rights Division Criminal Section
U.S. Department of Justice
neville.hedley@usdoj.gov
202-297-3424