# Exhibit E

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911 | **Date:** | |
| | | **Service Methods:** | Fax, Email OR Hard Copy |
| | | **Carrier Fax:** | 973-292-8697 or 972-860-2635 |
| | | **Carrier Email:** | LERINBOUND@T-Mobile.com |
| | | **Agent Phone:** | (470) 990-3427 |
| | | **Agent Email:** | Grayson.S.Cooper@hsi.dhs.gov |
| **From:** | Grayson Cooper | | |

☐ **Urgent** ☐ **Action** ☐ **Concurrence** ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-047368-001

Please respond by 4/25/2026 8:00 AM

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
| Summons Number: HSI-MS-2026-047368-001 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| | | |
|---|---|---|
| **(A)** | ☐ | **APPEAR** before the Homeland Security Investigations (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| **(B)** | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) HSI Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Grayson Cooper<br>Special Agent<br>1100 Centre Parkway<br>East Point, GA 30344<br>United States | Telephone<br><br>(470) 990-3427<br>Fax | 4/25/2026 8:00 AM |
| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. | | | |

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| | |
|---|---|
| 4. Name of person authorized to service this summons or any other HSI Special Agent Grayson Cooper | 5. Date of issue - 4/12/2026 1:22 PM Eastern<br><br>By: [signature] |
| If you have any questions regarding this summons, contact the HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name: Steven Schrank<br>Title: Special Agent in Charge<br>Address: Homeland Security Investigations<br>1 Federal Drive<br>Fort Snelling, MN 55111<br>United States<br><br>Telephone: (646) 335-7753 |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

Date: 2026.04.12 17:22:42 +00:00

| 1. | To (Name, Address, City, State, Zip Code)<br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|---|

Summons Number: HSI-MS-2026-047368-001

3. Records required to be produced for inspection (continued)

Pursuant to an investigation being conducted by the Department of Homeland Security, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information, if checked, for the telephone numbers listed below for the period of 10/11/2025 12:00 AM Central - 4/11/2026 11:05 AM Central (10/11/2025 5:00 AM Coordinated Universal - 4/11/2026 4:05 PM Coordinated Universal).

| | |
|---|---|
| ☒ | **Subscriber Information:** The names; addresses; length of services including start date, close date if the account is closed; types of services utilized (e.g. push-to talk, text, three-way calling, data, etc.); means and sources of payment (including any and all credit cards and bank account numbers) of a subscriber to and customer of such service; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. |
| ☒ | **Call Information:** Local and long-distance connection records (including all incoming and outgoing calls; and all voice. VoLTE, SMS, MMS, text, and data usage) and all records of session times and durations; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. |
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

**Telephone Numbers**

| Phone | IMEI | IMSI | ESN |
|---|---|---|---|
| [redacted] | | | |
| [redacted] | | | |
| [redacted]3423 | | | |
| [redacted] | | | |
| [redacted] | | | |

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to:
Special Agent Timothy Gerber Timothy.M.Gerber@hsi.dhs.gov

NOTE: The HSI e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Timothy Gerber at Homeland Security Investigations:
1 Federal Drive , Fort Snelling, MN, 55111

If you have questions, please contact Special Agent Grayson Cooper at (470) 990-3427.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**