# Exhibit F

## Gerber, Timothy M

**From:** uslawenforcement@google.com
**Sent:** Tuesday, April 7, 2026 3:15 PM
**To:** Gerber, Timothy M
**Subject:** Regarding Your Legal Process (Google Ref. 131536777)
**Attachments:** HSI-MS-2026-045211-001.pdf

You don't often get email from uslawenforcement@google.com. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Goog

Hello,

Based on the information provided, we are currently unable to fulfill your administrative subpoena.

Google requires additional information to ensure that it complies with federal law, specifically the Stored Communications Act ("SCA"). The SCA generally prohibits Google from disclosing to a governmental entity any information pertaining to a customer or subscriber. 18 U.S.C. § 2702(a)(3). While an administrative subpoena can require Google to disclose basic subscriber information, such subpoena must be "authorized by a Federal or State statute." Id., § 2703(c)(2). Section 1509 authorizes subpoenas to obtain records relating to the importation of prohibited merchandise.

At this time, Google does not have sufficient information to evaluate the legal basis for issuance of the subpoena, including whether the subpoena relates to the importation of prohibited merchandise.

Regards,
Legal Investigations Support
Google LLC