# Exhibit G

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Service and Response of a Homeland Security Summons Served on T-Mobile US, Inc and AT&T CORPORATION

**REPORTED BY**
Grayson Cooper
SPECIAL AGENT

**APPROVED BY**
Jeffrey Anderson
SPECIAL AGENT

**DATE APPROVED**
4/21/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) David Easterwood was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD David Easterwood serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named David Easterwood by name. This organized group planned on being agitators at this church service due to DFOD Easterwood's employment with ICE.

The following report of investigation documents the service and response of a Homeland Security summons served on T-Mobile US, Inc and AT&T CORPORATION.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

## DETAILS OF INVESTIGATION

On April 12, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Grayson Cooper served a Homeland Security Summons to T-Mobile US, Inc (HSI-MS-2026-047368-001) and AT&T CORPORATION (HSI-MS-2026-047368-002). The summons requested subscriber information and toll records for phone numbers from AT&T CORPORATION (612-272-2209, 612-670-8074) and T-Mobile US, Inc (612-406-0070, 612-702-4169, 651-335-3423, 612-598-0559, 651-308-5409). These phone numbers are related to suspects involved in the invasion of Cities Church.

On April 12, 2026, T-Mobile US, Inc responded to the Homeland Security Summons with the following subscriber information and toll records:

[redacted]**3423** - Georgia Mcclellon

[redacted] - CAIR MINNESOTA

[redacted] - William Martinez Perez

[redacted] - Monique Doty, ROBERT DOTY

[redacted] - NEKIMA LEVY-POUNDS

On April 12, 2026, AT&T CORPORATION responded to the Homeland Security Summons with the following subscriber information and toll records:

[redacted] - JESSICA SUNDIN (JESS@ANTIWARCOMMITTEE.ORG), STEFANIE B YOREK (612-865-8234)

[redacted] - CHAUNTYLL ALLEN (CHAUNTYLL74@GMAIL.COM)

The responses were provided to HSI Investigative Research Specialists for analysis. All information of evidentiary value will be documented in a separate report of investigation. Toll records were uploaded into PLX.

INVESTIGATION CONTINUES




This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.